## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

THE TRAVELERS INDEMNITY COMPANY :
OF CONNECTICUT a/s/o JENIFER PLACE
CONDOMINIUM ASSOCIATION and :
JENIFER PLACE UNIT OWNERS
ASSOCIATION : Case #
and
THE TRAVELERS INDEMNITY COMPANY :
a/s/o JHM, LLC d/b/a CHADWICK'S AT
FRIENDSHIP HEIGHTS
One Tower Square, Hartford, CT 06183 :

   Plaintiffs :

v. :

YBM CONSTRUCTION, INC. :
604 South Frederick Avenue, Suite 415
Gaithersburg, MD  20877 :

   Defendant :

## NOTICE OF REMOVAL

  YBM Construction, Inc., Defendant, by its attorney, Matthew T. Angotti, respectfully presents the following Notice of Removal from the Superior Court of the District of Columbia, pursuant to 28 U.S.C. §1441, *et seq,* and state as grounds for removal:

  1. Plaintiffs, The Travelers Indemnity Company of Connecticut a/s/o Jenifer Place Condominium Association and Jenifer Place Unit Owners Association and The Travelers Indemnity Company a/s/o JHM, LLC d/b/a Chadwick's at Friendship Heights, have filed an action against YBM Construction, Inc. in the Superior Court of the District of Columbia, Case # 2006 CA 007058 B, alleging property damages due to a fire and allegedly caused by improper construction of premises known as 5247 Wisconsin Avenue, NW.  A copy of the Complaint

together with all the pleadings filed in the Superior Court of the District of Columbia are attached hereto as Exhibit 1.

2.  This action is removable to this Court on the grounds of diversity of citizenship as Plaintiff The Travelers Indemnity Company of Connecticut a/s/o Jenifer Place Condominium Association and Jenifer Place Unit Owners Association are alleged to be a corporation organized and existing under the laws of the State of Connecticut, with its principal place of business located in Hartford, Connecticut.  Jenifer Place Condominium Association and Jenifer Place Unit Owners Association are organized and existing under the laws of the District of Columbia, having their principal place of business in the District of Columbia.  Plaintiff The Travelers Indemnity Company a/s/o JHM, LLC d/b/a Chadwick's at Friendship Heights is a corporation organized and existing under the laws of the State of Connecticut and with its principal place of business in Hartford, Connecticut.  JHM, LLC d/b/a Chadwick's at Friendship Heights is a business organized and existing under the laws of the District of Columbia, with its principal offices and business within the District of Columbia.  Defendant, YBM Construction, Inc., is a Maryland corporation with its principal offices in Gaithersburg, Maryland.  The amount in controversy exceeds Seventy Five Thousand ($75,000.00) Dollars as the damages claimed by Plaintiffs are in excess of One Hundred and Thirty Five Thousand ($135,000.00) Dollars.

3.  Defendant YBM Construction, Inc. was first served with a copy of the Summons and Complaint on September 22, 2006.

**WHEREFORE,** Defendant, YBM Construction, Inc., hereby prays the action now pending against it in the Superior Court of the District of Columbia be removed to this Court.

_____  _____
Matthew T. Angotti (# MD05949)


I HEREBY CERTIFY that on this 11th day of October, 2006, copy of the foregoing was mailed to:


Eric S. Wiener, Esq.
2009 N. 8th Street, Suite 410
Arlington, VA  22201
 (703-248-0555) Telephone
(703- 248-0551) Fax
*Attorney for Plaintiffs*


_____  _____
Matthew T. Angotti (# MD05949)
Anderson, Coe & King, LLP
201 N. Charles Street
Suite 2000
Balto., MD  21201
410-752-1630 (Telephone)
410-752-0085 (Fax)
*Attorney for Said Defendant*

Oct 03 06 11:03a                                                                                      p.4

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CIVIL DIVISION

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF ) <br> CONNECTICUT a/s/o JENIFER PLACE ) <br> CONDOMINIUM ASSOCIATION and JENIFER ) <br> PLACE UNIT OWNERS ASSOCIATION ) <br> One Tower Square ) <br> Hartford, Connecticut 06183 ) <br> ) <br> And ) <br> ) <br> THE TRAVELERS INDEMNITY COMPANY ) <br> a/s/o JHM, LLC d/b/a CHADWICK'S AT ) <br> FRIENDSHIP HEIGHTS ) <br> One Tower Square ) <br> Hartford, Connecticut 06183 ) <br>                  Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> YBM CONSTRUCTION, INC. ) <br> 6121 University Blvd. West ) <br> Silver Spring, MD 20902 ) <br> ) <br> SERVE: REGISTERED AGENT ) <br>    Zahra Youseff <br>    3 Washington Circle, NW <br>    Washington, DC 20037 <br>               Defendant. | **COMPLAINT**   0007058-06 <br><br> **RECEIVED** <br> **Civil Clerk's Office** <br> **SEP 1 8 2006** <br> Superior Court of the <br> District of Columbia <br> Washington, D.C. |

**COMPLAINT**

1.  Plaintiffs The Travelers Indemnity Company of Connecticut a/s/o Jenifer

Place Condominium Association and Jenifer Place Unit Owners Association and The

Travelers Indemnity Company a/s/o JHM, LLC d/b/a Chadwick's at Friendship Heights,

by and through their attorneys, hereby demand judgment against defendant YBM

Construction, Inc., and in support thereof allege as follows:

**PARTIES**

DOCS_PH 1908104v.1

**EXHIBIT**
1

2.    Plaintiff, The Travelers Indemnity Company of Connecticut a/s/o Jenifer Place Condominium Association and Jenifer Place Unit Owners Association (hereinafter "Travelers"), is a corporation organized and existing under the laws of the State of Connecticut engaged in the insurance business, with a principal place of business located at One Tower Square, Hartford, Connecticut 06183.

3.    Jenifer Place Condominium Association and Jenifer Place Unit Owners Association (hereinafter collectively "Jenifer Place") are associations organized and existing under the laws of the District of Columbia and own/operate/manage real and personal property located at 5247 Wisconsin Avenue, N.W., Washington, D.C.

4.    Plaintiff The Travelers Indemnity Company a/s/o JHM, LLC d/b/a Chadwick's Friendship Heights (hereinafter "Travelers II"), is a corporation organized and existing under the laws of the State of Connecticut engaged in the insurance business, with a principal place of business located at One Tower Square, Hartford, Connecticut 06183

5.    JHM, LLC d/b/a Chadwick's Friendship Heights ("Chadwick's") is a business organized and existing under the laws of the District of Columbia and, at all times relevant hereto, leased space at 5247 Wisconsin Avenue, N.W., Washington, DC where it operated as a restaurant.

6.    Upon information and belief, defendant YBM Construction, Inc. (hereinafter "YBM") is a corporation duly organized under the State of Maryland and with a principal place of business located at 6121 University Blvd. West, Silver Spring, Maryland 20902, and is further licensed to do business in the District of Columbia, with

DOCS_PH 1908134v.1

a registered agent address in the District of Columbia located at #3 Washington Circle N.W., Washington, D.C. 20037.

## STATEMENT OF THE FACTS

7.    Plaintiffs incorporate the allegations set forth in all preceding paragraphs as if set forth at length herein.

8.    Travelers issued an insurance policy, number 680-98OH2794-TCT-04, for the period of December 10, 2004 to December 10, 2005 insuring the real and personal property of Jenifer Place.

9.    Travelers II issued an insurance policy, number I-660-9835A979 for the period of May 1, 2005 to May 1, 2006 insuring the real and personal property of Chadwick's.

10.    In or about 1998, Friendship Dental Care leased space at 5247 Wisconsin Avenue, N.W., Washington, D.C., and contracted with YBM to construct certain improvements in the leased space (hereinafter "leased space").

11.    As part of its work, YBM specified, selected and/or installed an un-vented exhaust fan in a utility room within the leased space.

12.    On or about May 22, 2005, a fire began in the utility room of space occupied by Friendship Dental Care.

13.    Said fire then spread to, and did damage to, the neighboring businesses of Friendship Dental Care, specifically Plaintiffs' insured, Jenifer Place and Chadwick's.

14.    The improper specification, selection and/or installation of the un-vented exhaust fan system by YBM was the cause, proximate cause and/or aggravating factor of the fire itself, and/or its subsequent spread to the premises of Plaintiffs Jenifer Place

and Chadwick's.

15.    As a result of the fire, Travelers has paid a claim amount in excess of
$125,000.00 to its insured, and Travelers II has paid a claim amount in excess of
$10,000.00 to their insured, and, by operation of law and/or the terms of the policies, they
are subrogated to all payments made or to be made for the damages.

## COUNT I-NEGLIGENCE
### Travelers v. YBM Construction, Inc.

16.    Plaintiff Travelers incorporates by reference the allegations set forth in the
foregoing paragraphs as though same were fully set forth at length herein.

17.    At all times relevant hereto, YBM acted by and through its agents,
servants, employees and sub-contractors, each of whom was working in the course and
scope of his or her employment and was in the scope of his or her authority, subject to the
control, direction of, and for the benefit of YBM.

18.    The damages suffered by plaintiff's insured were caused by and resulted
from the negligent, reckless and careless acts and/or omissions of YBM, its agents,
servants, representatives, sub-contractors, sub-agents, workmen and/or employees acting
in the course and scope of their authority and employment. Said acts and/or omissions
consisted of:

     a.     failing to properly and adequately supervise and/or monitor the
            design and installation of the fan to ensure that it was done in a
            good and workmanlike manner;

     b.     failing to cause the fan design and installation to be performed in a
            workmanlike manner;

     c.     failing to properly design and install a fan that avoided the risk of
            fire;

     d.     failing to properly specify, design and install the fan;

     e.     failing to recognize, perceive or warn of the risk of installing an un-vented fan in a confined space;

     f.     failing to warn of the risk of fire presented by the fan; and

     g.     failing to design and install a fan that was capable of existing and performing in high temperature space.

19.     As a direct and proximate result of YBM breaching its duty of care, as detailed above, plaintiff's insured suffered damage to their real and personal property and business interests.

## COUNT II-NEGLIGENCE
### Travelers II v. YBM Construction, Inc.

20.     Plaintiff Travelers II incorporates by reference the allegations set forth in the foregoing paragraphs as though same were fully set forth at length herein.

WHEREFORE, plaintiffs, The Travelers Indemnity Company of Connecticut a/s/o Jenifer Place Condominium Association and Jenifer Place Unit Owners Association hereby demand judgment in their favor and damages in an amount in excess of $125,000.00 plus pre-judgment interest, post judgment interest, costs and such other relief as the Court deems appropriate; and , further, The Travelers Indemnity Company a/s/o JHM, LLC d/b/a Chadwick's at Friendship Heights, hereby demand judgment in their favor and damages in an amount in excess of $10,000.00 plus pre-judgment interest, post judgment interest, costs and such other relief as the Court deems appropriate. Plaintiffs further request that this matter be set for a trial before a jury .

DOCS_PH 1908104v.1

Respectfully Submitted

THE TRAVELERS INDEMNITY
COMPANY OF CONNECTICUT a/s/o
JENIFER PLACE CONDOMINIUM
ASSOCIATION and JENIFER PLACE
UNIT OWNERS ASSOCIATION

And

THE TRAVELERS INDEMNITY
COMPANY a/s/o JHM, LLC d/b/a
CHADWICK'S AT FRIENDSHIP
HEIGHTS

BY

Of Counsel

Eric S. Wiener, ESQ
Counsel for the Plaintiffs
DC BAR No. 451794
2009 N. 8th St., Ste. 410
Arlington, VA 22201
(703) 248-0555
(703) 248-0551 (Fax)

DOCS_PH 1908104v.1

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CIVIL DIVISION

THE TRAVELERS INDEMNITY COMPANY OF )
CONNECTICUT a/s/o JENIFER PLACE            )
CONDOMINIUM ASSOCIATION and JENIFER )
PLACE UNIT OWNERS ASSOCIATION         )    Case No.        0007058-35
One Tower Square                                         )
Hartford, Connecticut 06183                         )
                                                                      )
            And                                                   )
                                                                      )
THE TRAVELERS INDEMNITY COMPANY )
a/s/o JHM, LLC d/b/a CHADWICK'S AT        )
FRIENDSHIP HEIGHTS                               )
One Tower Square                                         )
Hartford, Connecticut 06183                         )
                          Plaintiffs,                       )
                                                                      )
            v.                                                    )
                                                                      )
YBM CONSTRUCTION, INC.                       )
6121 University Blvd. West                          )
Silver Spring, MD 20902                            )
                                                                      )
SERVE: REGISTERED AGENT                   )
    Zahra Youseff
    3 Washington Circle, NW
    Washington, DC 20037
                          Defendant.

## REQUEST FOR TRIAL BY JURY

1.      The Plaintiffs hereby respectfully request that the
above styled matter be set for trial before a jury.

Respectfully Submitted

THE TRAVELERS INDEMNITY
COMPANY OF CONNECTICUT a/s/o
JENIFER PLACE CONDOMINIUM
ASSOCIATION and JENIFER PLACE
UNIT OWNERS ASSOCIATION

And

THE TRAVELERS INDEMNITY
COMPANY a/s/o JHM, LLC d/b/a CHADWICK'S
AT FRIENDSHIP HEIGHTS

BY: _____

Of Counsel

Eric S. Wiener, ESQ
Counsel for the Plaintiffs
DC BAR No. 451794
2009 N. 8th St., Ste. 410
Arlington, VA 22201
(703) 248-0555
(703) 248-0551 (Fax)

Oct 03 06 11:03a                                                                              p.3

CA Form 1

## Superior Court of the District of Columbia
### CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

*Plaintiff*

Civil Action No. _____

vs.

*Defendant*

**SUMMONS**

To the above named Defendant:

   You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

   You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_____
Name of Plaintiff's Attorney

_____
Address

_____
Telephone

*Clerk of the Court*

By _____
                              Deputy Clerk

Date _____

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(1)-1-56/May 03

p.4                                          OEEE TBCRESAJ PH    W36E:11 9002 E0 ココO

Oct 03 06 11:02a                                                                                      p.2



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

TRAVELERS INDEMNITY COMPANY OF CONNECTICUT
Vs.                                                      C.A. No.      2006 CA 007058 B
YBM CONSTRUCTION, INC.

### INITIAL ORDER

     Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

     (1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

     (2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued by the judge to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

     (3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

     (4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

     (5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to:  Judge RUSSELL F CANAN
Date:   September 18, 2006
Initial Conference: 9:30 am, Friday, December 22, 2006
Location:  Courtroom 518
       500 Indiana Avenue N.W.
       WASHINGTON, DC  20001

Caio.doc

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT a/s/o JENIFER PLACE CONDOMINIUM ASSOCIATION and JENIFER PLACE UNIT OWNERS ASSOCIATION and THE TRAVELERS INDEMNITY COMPANY a/s/o JHM, LLC d/b/a CHADWICK'S AT FRIENDSHIP HEIGHTS | : : : : : : | Case # 2006 CA 007058 B Next Event:  Initial Conference December 22, 2006 at 9:30 AM Judge Russell F. Canan |
| Plaintiffs | : | |
| v. | : | |
| YBM CONSTRUCTION, INC. | : | |
| Defendant | : | |

## ANSWER TO COMPLAINT

Defendant, YBM Construction, Inc., by its attorney, Edwin L. Keating, III, files the following Answer to Complaint, and with respect to the numbered paragraphs therein states as follows:

1. Denied.

2. Defendant is without knowledge or information sufficient to form a belief as to the truth of Paragraph 2 and, accordingly, denies same.

3. Defendant is without knowledge or information sufficient to form a belief as to the truth of Paragraph 3 and, accordingly, denies same.

4. Defendant is without knowledge or information sufficient to form a belief as to the truth of Paragraph 4 and, accordingly, denies same.

5. Defendant is without knowledge or information sufficient to form a belief as to the truth of Paragraph 5 and, accordingly, denies same.

6. Admitted.

7. Paragraph 7 alleges no new facts and therefore requires no response from Defendant. To the extent any response is required, Paragraph 7 is denied.

8. Defendant is without knowledge or information sufficient to form a belief as to the truth of Paragraph 8 and, accordingly, denies same.

9. Defendant is without knowledge or information sufficient to form a belief as to the truth of Paragraph 9 and, accordingly, denies same.

10. Defendant is without knowledge or information sufficient to form a belief as to the truth of Paragraph 10 and, accordingly, denies same. Defendant admits it was one of many contractors on the property.

11. Defendant is without knowledge or information sufficient to form a belief as to the truth of Paragraph 11 and, accordingly, denies same.

12. Defendant is without knowledge or information sufficient to form a belief as to the truth of Paragraph 12 and, accordingly, denies same.

13. Defendant is without knowledge or information sufficient to form a belief as to the truth of Paragraph 13 and, accordingly, denies same.

14. Denied.

15. Defendant is without knowledge or information sufficient to form a belief as to the truth of Paragraph 15 and, accordingly, denies same.

16. Paragraph 16 alleges no new facts and therefore requires no response from Defendant. To the extent any response is required, Paragraph 16 is denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

## AFFIRMATIVE DEFENSES

1. The Complaint fails to state a claim upon which relief can be granted.

2. The Complaint is barred by the doctrine of primary and/or contributory negligence.

3. The Complaint is barred by the doctrine of assumption of risk.

4. The Complaint is barred by the applicable statute of limitations.

Edwin L. Keating, III ((Bar #492915)
Anderson, Coe & King, LLP
201 N. Charles Street
Suite 2000
Balto., MD 21201
410-752-1630
Attorneys for Said Defendant


I HEREBY CERTIFY that on 10th day of October, 2006, copy of the foregoing was mailed to:

Eric S. Wiener, Esq.
2009 N. 8th Street, Suite 410
Arlington, VA 22201
DC Bar # 451794
(703-248-0555) Telephone
(703- 248-0551) Fax
*Attorney for Plaintiffs*

Edwin L. Keating, III (Bar #492915)
Anderson, Coe & King, LLP
201 N. Charles Street
Suite 2000
Balto., MD  21201
410-752-1630
*Attorney for Said Defendant*

### IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

|  |  |  |
|---|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT a/s/o JENIFER PLACE CONDOMINIUM ASSOCIATION and JENIFER PLACE UNIT OWNERS ASSOCIATION and THE TRAVELERS INDEMNITY COMPANY a/s/o JHM, LLC d/b/a CHADWICK'S AT FRIENDSHIP HEIGHTS | : : : : : : | Case # 2006 CA 007058 B Next Event: Initial Conference December 22, 2006 at 9:30 AM Judge Russell F. Canan |
| Plaintiffs | : |  |
| v. | : |  |
| YBM CONSTRUCTION, INC. | : |  |
| Defendant | : |  |

### INTERROGATORIES

**TO:**    Plaintiffs, The Travelers Indemnity Company of Connecticut a/s/o Jenifer Place Condominium Association and Jenifer Place Unit Owners Association, and The Travelers Indemnity Company a/s/o JHM, LLC d/b/a Chadwick's at Friendship Heights, to be answered individually

**FROM:** YBM Construction, Inc., Defendant

      TAKE NOTICE:  That pursuant to the Rules of Practice and Procedure you are required to answer under oath, the following Interrogatories within thirty (30) days after service of this notice.

      These Interrogatories are continuing so as to require supplemental answers if you obtain further or different information before the time of trial.  Where then name or identity of a person is requested, please state the full name, home address, and if known, business address. Unless otherwise indicated, these Interrogatories refer to the time, place and circumstances of the occurrence mentioned or complained of in the pleadings.  Where knowledge or information in the possession of a party is requested, such request includes knowledge of the party's agents, representatives, and unless privileged, his attorneys.  When answer is made by a corporate

Defendant, or Plaintiff, state the name, address and title of the person supplying the information and making the Affidavit and the source of his information.

1. Identify the individual answering these Interrogatories on behalf of Plaintiff, present address, date of birth, social security number and authority under which you are answering on behalf of Plaintiff.

2. Identify with specificity the component part of the exhaust fan that you contend caused or contributed to the fire on the premises known as 5247 Wisconsin Avenue, N.W., Washington, D.C. on May 22, 2005.

3. Describe the complete history of the exhaust fan  referred to in your Complaint including but not limited to the date and location of the purchase; the name of the purchaser; the identity of all other subsequent owners or possessors of the product, including the dates thereof.

4. State whether or not you made any complaints to anyone concerning the exhaust fan or surrounding construction of the premises referred to in your Complaint at any time.  If the answer is in the affirmative, state the nature of each complaint, the date of each complaint, to whom the complaint was made, and what was done about the complaint if anything.

5. Identify all eyewitnesses to all or part of the occurrence and identify all persons who were on the scene or arrived at the scene within two hours of its happening.

6. State whether or not the exhaust fan referred to in your Complaint was ever repaired by anyone.   If the answer is in the affirmative state the name and address of each person who repaired the exhaust fan referred to in your Complaint, the dates thereof, and the nature of the repairs, and the complaints that were made prior to the repairs being completed.

7. Give the exact date you contend construction in the area was completed by Defendant.

8. If you contend you made complaints to Defendant, state the nature of such complaints, the dates the complaints were made, and to whom the complaints were made, and what if anything was done in reference to the complaints.

9. State the number of times you believe the exhaust fan was used prior to the occurrence and for what amount of time, and if you noticed any sparking, heating or any other problems with the exhaust fan during that period of time. If the answer is in the affirmative, state the nature and extent of the problems you observed, and who you contacted concerning those problems if anyone, and what was done with reference to those complaints if anything.

10. State the exact time that you contend the fire took place.

11. Describe in detail how you contend the occurrence took place, including in your answer how anything constructed or worked on by Defendant caused or contributed to the happening of this occurrence.

12. Name all experts whom you propose to call as witnesses at the trial of this case and for each expert, state the nature of the expert's specialty and a list of his or her qualifications, subject matter on which the expert is expected to testify, the substance of the facts and opinions about which the expert is expected to testify, and a summary of the grounds for such an opinion.

13. Identify all persons who have given you written or recorded statements concerning the occurrence or consequences, including the date of each such statement, the person taking the statement and the identity of its present custodian.

14. Are you aware of any written or oral statement concerning the occurrence or its consequences made by an agent, representative or employee of this Defendant or anyone you contend is an agent, representative or employee of this Defendant and if so, state the substance of

each such statement, the place and date when that statement was made, and identify the person making the statement and the persons to whom it was made, and identify all documents referring or relating to that statement.

15. Identify all photos, pictures, videos, motion pictures, drawings, diagrams, plats, or other graphical pictorial representation of the location of the occurrence, or the happening of the occurrence, of the stove in question or of any object relating to the occurrence, including the date or dates upon which the photographs or other objects were taken or prepared and the identity of the present custodian.

16. State all facts in support of your contention that Defendant is responsible for the property loss and damages as alleged in your Complaint.

17. Identify all persons who inspected the property referred to in your Complaint and any of its component parts at any time, including after the occurrence, and describe the date, nature and result of such inspections.

18. Identify all persons who examined the scene of the occurrence, including the date, nature and results of such examination.

19. Identify each and every contractor who constructed the original premises, including all subcontractors known to you, and identify any contract for construction services performed and the substance of the construction requirements under each.

20. List each and every damage you claim and state how you calculated each item of damage.

21. Was any investigation made by any federal, state or local agencies including a fire marshal as to the origin or cause of the fire. If the answer is in the affirmative, identify the

federal, state or local government or fire marshal who did that investigation, the date the

investigation was made and identify any reports he may have filed, and state the substance and

conclusions of any such report.

Edwin L. Keating, III ((Bar #492915)
Anderson, Coe & King, LLP
201 N. Charles Street
Suite 2000
Balto., MD  21201
410-752-1630
Attorneys for Said Defendant

I HEREBY CERTIFY that on 10th day of October, 2006, copy of the foregoing was
mailed to:

Eric S. Wiener, Esq.
2009 N. 8th Street, Suite 410
Arlington, VA  22201
DC Bar # 451794
(703-248-0555) Telephone
(703- 248-0551) Fax
*Attorney for Plaintiffs*

Edwin L. Keating, III (Bar #492915)
Anderson, Coe & King, LLP
201 N. Charles Street
Suite 2000
Balto., MD  21201
410-752-1630

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

THE TRAVELERS INDEMNITY COMPANY    :
OF CONNECTICUT a/s/o JENIFER PLACE
CONDOMINIUM ASSOCIATION and    :
JENIFER PLACE UNIT OWNERS
ASSOCIATION    :    Case # 2006 CA 007058 B
and     Next Event:  Initial Conference
THE TRAVELERS INDEMNITY COMPANY    :    December 22, 2006 at 9:30 AM
a/s/o JHM, LLC d/b/a CHADWICK'S AT     Judge Russell F. Canan
FRIENDSHIP HEIGHTS    :

     Plaintiffs    :

v.    :

YBM CONSTRUCTION, INC.    :

     Defendant    :

**CERTIFICATE REGARDING DISCOVERY FILED BY DEFENDANT**

I HEREBY CERTIFY that on this 10th day of October, 2006, I served on behalf of

YBM Construction, Inc.,  Defendant,  to counsel listed below the discovery as indicated.  I will

retain the originals of said documents in my possession until the case is concluded in this Court

and the time for noting an appeal has expired or any appeal has been decided.  I will make the

originals available to any party upon request.

1. Discovery Served:

     a.  Interrogatories propounded to Plaintiffs; The Travelers Indemnity Company of

Connecticut a/s/o Jenifer Place Condominium Association and Jenifer Place Unit Owners

Association and The Travelers Indemnity Company a/s/o JHM, LLC d/b/a Chadwick's at

Friendship Heights; and

b. Request for Production of Documents propounded to Plaintiffs, The Travelers Indemnity Company of Connecticut a/s/o Jenifer Place Condominium Association and Jenifer Place Unit Owners Association and The Travelers Indemnity Company a/s/o JHM, LLC d/b/a Chadwick's at Friendship Heights.

Edwin L. Keating, III (Bar #492915)
Anderson, Coe & King, LLP
201 N. Charles Street
Suite 2000
Balto., MD 21201
410-752-1630
*Attorney for Said Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 10th day of October, 2006, that a true and accurate copy of the Certificate Regarding Discovery filed by Defendant was served by regular mail, postage prepaid, first-class, to the following:

Eric S. Wiener, Esq.
2009 N. 8th Street, Suite 410
Arlington, VA 22201
DC Bar # 451794
(703-248-0555) Telephone
(703- 248-0551) Fax
*Attorney for Plaintiffs*

Edwin L. Keating, III (Bar #492915)
Anderson, Coe & King, LLP
201 N. Charles Street
Suite 2000
Balto., MD 21201
410-752-1630
*Attorney for Said Defendant*

2

06-1749
CLK

CIVIL COVER SHEET

JS-44
(Rev. 2/01 DC)

**I (a) PLAINTIFFS**

Travelers Indemnity Company, et al
One Tower Square, Hartford CT 06183

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES) Hartford

88888

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Eric S. Wiener, Esq. (703-248-0555)
2009 N. 8th St., S-410
Arlington, VA 22201

**DEFENDANTS**

CASE NUMBER   1:06CV01749

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: General Civil

DATE STAMP: 10/16/2006

201 N. Charles St., Balto.,
MD 21201 (443-573-9308)

**II BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government
Defendant

☒ 4 Diversity
(Indicate Citizenship of
Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV.  CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and <u>one</u> in a corresponding Nature of Suit)

☐ **A. Antitrust**

☐ 410 Antitrust

☐ **B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

☐ **C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

☐ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

☒ **E. General Civil (Other)** OR ☐ **F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| ☐ **G. Habeas Corpus/2255** | ☐ **H. Employment Discrimination** | ☐ **I. FOIA/PRIVACY ACT** | ☐ **J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ **K. Labor/ERISA (non-employment)** | ☐ **L. Other Civil Rights (non-employment)** | ☐ **M. Contract** | ☐ **N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☐ 1 Original Proceeding    ☒ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ 6 Multi district Litigation    ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.) damages for

Case removed pursuant to 28 USC, §1441 et sq. Plaintiff claims faulty construc-
tion.

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23 | **DEMAND $** $185,000.00 | Check YES only if demanded in complaint<br>**JURY DEMAND:** ☒ YES   ☐ NO |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    ☐ YES   ☒ NO    If yes, please complete related case form.

DATE   10/10/06   ✓ SIGNATURE OF ATTORNEY OF RECORD   *Matthew T. Angotti*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

