CO-386
New 10/8/86

# United States District Court
# For the District of Columbia

```
Travelers Indemnity
Company of Connecticut, et al      )
One Tower Square                   )
Hartford. Connecticut 06183        )
                        Plaintiff  )
                                   )
              vs                   )
                                   )
YBM CONSTRUCTION, INC.             )
604 South Frederick Avenue         )
Suite 415              Defendant   )
Gaithersburg, MD  20877            )
                                   )
```

Civil Action No._____

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for __YBM /Construction, Inc.__ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __YBM /Construction, Inc.__ which have

any outstanding securities in the hands of the public:

__None.__ _____

_____

_____

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

__MD05949_____
BAR IDENTIFICATION NO.

__Matthew T. Angotti_____
Print Name

__201 N. Charles Street, S-2000_____
Address

__Baltimore, MD  21201_____
City            State            Zip Code

__443-573-9308_____
Phone Number