UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
----------------------------------------------------------------------x
THE TRAVELERS INDEMNITY COMPANY                  :
OF CONNECTICUT a/s/o JENNIFER PLACE              :      C.A. No. 06-1749
CONDOMINIUM ASSOCIATION and                      :
JENNIFER PLACE UNIT OWNERS ASSOCIATION           :
                                                 :
and                                              :
                                                 :
                                                 :
THE TRAVELERS INDEMNITY COMPANY a/s/o            :
LHM, LLC d/b/a CHADWICK'S AT FRIENDSHIP          :
HEIGHTS                                          :
                                                 :
                Plaintiffs                       :
                                                 :
                vs.                              :
                                                 :
                                                 :
YBM CONTRACTING, INC.                            :
                                                 :
                Defendant                        :
----------------------------------------------------------------------x
```

### ENTRY OF APPEARANCE AND JURY DEMAND

TO THE CLERK OF THE COURT:

Please enter my appearance as attorney for the Plaintiffs as follows:

Nicholas G. Karambelas, Esq.
Sfikas & Karambelas, LLP
1201 Pennsylvania Avenue NW Suite 300
Washington, D.C. 20004
Tel. (202) 661-4614
FAX (240) 465-0400 or (202) 363-2882
Email: nick@ngklaw.com
Bar No. 332619

## JURY DEMAND

The Plaintiffs demand a trial by jury on all issues so triable in this cause of action.


_____/ngkarambelas/_____
Nicholas G. Karambelas Bar No. 332619
Attorney for Plaintiffs

Dated: November 13, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
-------------------------------------------------------------------------x
THE TRAVELERS INDEMNITY COMPANY                  :
OF CONNECTICUT a/s/o JENNIFER PLACE              :        C.A. No. 06-1749
CONDOMINIUM ASSOCIATION and                      :
JENNIFER PLACE UNIT OWNERS ASSOCIATION           :
                                                 :
                                                 :
and                                              :
                                                 :
                                                 :
THE TRAVELERS INDEMNITY COMPANY a/s/o            :
LHM, LLC d/b/a CHADWICK'S AT FRIENDSHIP          :
HEIGHTS                                          :
                                                 :
                                                 :
            Plaintiffs                           :
                                                 :
                                                 :
            vs.                                  :
                                                 :
                                                 :
YBM CONTRACTING, INC.                            :
                                                 :
                                                 :
            Defendant                            :
-------------------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I certify that on the 14th day of November, 2006 the foregoing Entry of Appearance and

Jury Demand was mailed  first class postage prepaid to the following person:

Edwin L. Keating, III, Esq.
Matthew T. Angotti, Esq.
Anderson, Coe & King, LLP
201 North Charles Street Suite 2000
Baltimore, Maryland 21201

_____/ngkarambelas/_____
Nicholas G. Karambelas Bar No. 332619
Attorney for Plaintiffs