UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT a/s/o JENNIFER PLACE CONDOMINIUM ASSOCIATION and JENNIFER PLACE UNIT OWNERS ASSOCIATION<br><br>and<br><br>THE TRAVELERS INDEMNITY COMPANY a/s/o LHM, LLC d/b/a CHADWICK'S AT FRIENDSHIP HEIGHTS<br><br>          Plaintiffs<br><br>          vs.<br><br>YBM CONTRACTING, INC.<br><br>          Defendant | C.A. No. 06-1749 |

---

## MOTION TO ADMIT RON L. PINGITORE, ESQ *IN PRO HAC VICE*

The Plaintiffs, by and through their undersigned counsel, move this Court to admit Ron L. Pingitore, Esq. *in pro hac vice* under LCvR 83.2(d). As support for this Motion, the Plaintiffs allege as follows:

1. The undersigned counsel has appeared as local counsel in this cause of action.

2. Mr. Pingitore has the primary professional relationship with the Plaintiffs and he is most familiar with the facts and issues of this cause of action.

3. Mr. Pingitore satisfies the requirements of LCvR 83.2(d) as set forth in the attached Declaration in support of this Motion.

4. Counsel for the Defendant does not object to this Motion.

5. The Plaintiffs have not requested similar relief in this cause of action.

WHEREFORE, the Plaintiffs request that Mr. Pingitore be admitted *in pro hac vice* under LCvR 83.2(d).

Dated: December 18, 2006

_____/ngkarambelas/_____

Nicholas G. Karambelas, Esq. Bar No. 332619
Sfikas & Karambelas, LLP
1201 Pennsylvania Avenue NW Suite 300
Washington, D.C. 20004
Tel. (202) 661-4614
FAX (240) 465-0400 or (202) 363-2882
Email: nick@ngklaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------------x
THE TRAVELERS INDEMNITY COMPANY
OF CONNECTICUT a/s/o JENNIFER PLACE        :    C.A. No. 06-1749
CONDOMINIUM ASSOCIATION and                :
JENNIFER PLACE UNIT OWNERS ASSOCIATION     :

and                                        :

THE TRAVELERS INDEMNITY COMPANY a/s/o      :
LHM, LLC d/b/a CHADWICK'S AT FRIENDSHIP    :
HEIGHTS                                    :

          Plaintiffs                       :

          vs.                              :

YBM CONTRACTING, INC.                      :

          Defendant                        :
------------------------------------------------------------------------x

## DECLARATION OF RON L. Pingitore, ESQ TO BE ADMITTED *IN PRO IN HAC VICE*

In support of the foregoing Motion of the Plaintiffs that I be admitted *in pro hac vice* under LCvR 83.2(d), I declare as follows:

1. My full name is Ron L. Pingitore.

2. My office address and telephone is White and Williams LLP 1800 One Liberty Place Philadelphia, Pennsylvania 19103 Telephone (215) 864-6324. I am a citizen of the United States and a resident of the Commonwealth of Pennsylvania.

3. I am admitted to practice law in the Commonwealth of Pennsylvania, the State of New Jersey and the United States District Court for the Eastern District of Pennsylvania.

4. I have never been disciplined by any bar.

5. I have not been admitted *in pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office in the District of Columbia.

      I declare under any applicable penalty that the foregoing statements are true and accurate to the best of my personal knowledge.

Dated: December 15, 2006

                                                      _____/rlpingitore_____  
                                                    Ron L. Pingitore, Esq.  
                                                    White and Williams LLP  
                                                  1800 One Liberty Place  
                                                  Philadelphia, Pennsylvania 19103  
                                                  Tel. (215) 864-6324

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------------x
THE TRAVELERS INDEMNITY COMPANY :
OF CONNECTICUT a/s/o JENNIFER PLACE : C.A. No. 06-1749
CONDOMINIUM ASSOCIATION and :
JENNIFER PLACE UNIT OWNERS ASSOCIATION :
:
and :
:
THE TRAVELERS INDEMNITY COMPANY a/s/o :
LHM, LLC d/b/a CHADWICK'S AT FRIENDSHIP :
HEIGHTS :
:
        Plaintiffs :
:
        vs. :
:
YBM CONTRACTING, INC. :
:
        Defendant :
------------------------------------------------------------------------x

## ORDER

Upon the Motion of the Plaintiffs to Admit Ron L. Pingitore, Esq. *in pro hac vice* and the Declaration annexed to that Motion, IT IS this _____ day of _____, 20__

ORDERED:

That the Motion is granted under LCvR 83.2(d) without further condition.

_____
United States District Judge

Copies to:

Nicholas G. Karambelas, Esq.
Sfikas & Karambelas, LLP
1201 Pennsylvania Avenue NW Suite 300
Washington, D.C. 20004

Ron L. Pingitore, Esq.
White and Williams LLP
1800 One Liberty Place
Philadelphia, Pennsylvania 19103

Edwin L. Keating, III, Esq.
Matthew T. Angotti, Esq.
Anderson, Coe & King, LLP
201 North Charles Street Suite 2000
Baltimore, Maryland 21201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
-----------------------------------------------------------------------x
THE TRAVELERS INDEMNITY COMPANY              :
OF CONNECTICUT a/s/o JENNIFER PLACE          :   C.A. No. 06-1749
CONDOMINIUM ASSOCIATION and                  :
JENNIFER PLACE UNIT OWNERS ASSOCIATION       :
                                             :
and                                          :
                                             :
THE TRAVELERS INDEMNITY COMPANY a/s/o        :
LHM, LLC d/b/a CHADWICK'S AT FRIENDSHIP      :
HEIGHTS                                      :
                                             :
            Plaintiffs                       :
                                             :
        vs.                                  :
                                             :
YBM CONTRACTING, INC.                        :
                                             :
            Defendant                        :
-----------------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I certify that on the 18th day of December, 2006 the foregoing Motion was mailed first class postage prepaid to the following person:

Edwin L. Keating, III, Esq.
Matthew T. Angotti, Esq.
Anderson, Coe & King, LLP
201 North Charles Street Suite 2000
Baltimore, Maryland 21201

_____/ngkarambelas/_____
Nicholas G. Karambelas Bar No. 332619
Attorney for Plaintiffs