

**ANDERSON | COE | KING**
ATTORNEYS AT LAW

**MATTHEW T. ANGOTTI**
DIRECT DIAL 443-573-9308
DIRECT FAX 410-752-0085
ANGOTTI@ACKLAW.COM

December 20, 2006

Judge Rosemary M. Collyer
United States District Judge
United States District Court
for the District of Columbia
333Constitution Avenue, NW
Room 1225
Washington, D.C.  20001

         Re:  *The Travelers Indemnity Company of Connecticut, et al*
            *v.     YBM Construction, Inc.*

Honorable Judge Collyer:

     Pursuant to local Rule 16.3c and Federal Rule of Civil Procedure 26(f), counsel for plaintiff and defendant held a conference on Friday, December 15, 2006 to discuss the appropriate schedule in the above-referenced matter.  The parties, through their respective counsel, have agreed to the following proposed schedule:

| | |
|---|---|
| Rule 26(a)(1) initial disclosures | January 12, 2007 |
| Moving for joinder of additional parties and amendment of pleadings | April 13, 2007 |
| Plaintiff's Rule 26(a)(2) disclosures re experts | May 11, 2007 |
| Defendant's Rule 26(a)(2) disclosures re experts | June 11, 2007 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts | June 30, 2007 |
| Discovery deadline; submission of status report | July 31, 2007 |

Judge Rosemary M. Collyer
United States District Judge
December 20, 2006
Page Two

|                                    |                     |
|------------------------------------|---------------------|
| Dispositive pretrial motions deadline | August 31, 2007  |
| Pretrial Conference                | September 14, 2007  |

Further, the parties agree to participate in a settlement conference after the completion of discovery. The parties unanimously consent to proceed before a magistrate judge.

Respectfully submitted,

Matthew T. Angotti

MTA/mrt
Cc:    Nicholas G. Karambelas, Esquire
       Sfikas & Karambelas, LLP

       Ron Pingitore, Esquire
       White and Williams