IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT a/s/o JENIFER PLACE CONDOMINIUM ASSOCIATION and JENIFER PLACE UNIT OWNERS ASSOCIATION and THE TRAVELERS INDEMNITY COMPANY a/s/o JHM, LLC d/b/a CHADWICK'S AT FRIENDSHIP HEIGHTS : : : : : : | Case No. 1:06-Cv-1749 |
| Plaintiffs : | |
| v. : | |
| YBM CONSTRUCTION, INC. : | |
| Defendant : | |

## REPORT OF CONFERENCE AND PROPOSED SCHEDULING ORDER

PLAINTIFFS, The Travelers Indemnity Company of Connecticut a/s/o Jenifer Place Condominium Association and Jenifer Place Unit Owners Association and The Travelers Indemnity Company of Connecticut a/s/o JHM, LLC d/b/a Chadwick's at Friendship Heights and DEFENDANT, YBM Construction, Inc., by their undersigned counsel, pursuant to local rule 16.3(d), hereby report to the court that pursuant to Local Rule 16.3c and Federal Rule of Civil Procedure 26(f), counsel for plaintiff and defendant held a conference on Friday, December 15, 2006 to discuss the appropriate schedule in the above-referenced matter. The parties, through their respective counsel, have agreed to a proposed scheduling order as attached hereto as Exhibit A. Further, the parties agree to participate in a settlement conference after the completion of discovery. The parties unanimously consent to proceed before a magistrate judge.

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Ron Pingitore, Esquire | Matthew T. Angotti (# MD05949) |
| White and Williams, LLP | Anderson, Coe & King, LLP |
| 1800 One Liberty Place | 201 N. Charles Street |
| Philadelphia, PA 19103-7395 | Suite 2000 |
| 215-864-7000 (Telephone) | Balto., MD 21201 |
| 215-864-7123 (Fax) | 410-752-1630 (Telephone) |
| Attorney for Plaintiffs | 410-752-0085 (Fax) |
| | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of December, 2006, copy of the foregoing was mailed, postage pre-paid, or electronically mailed to:

Nicholas G. Karambelas, Esquire
Sfikas & Karambelas, LLP
1201 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20004

_____/s/_____
Matthew T. Angotti (# MD05949)

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT a/s/o JENIFER PLACE CONDOMINIUM ASSOCIATION and JENIFER PLACE UNIT OWNERS ASSOCIATION and THE TRAVELERS INDEMNITY COMPANY a/s/o JHM, LLC d/b/a CHADWICK'S AT FRIENDSHIP HEIGHTS | : : : : : : : | Case No. 1:06-Cv-1749 |
| Plaintiffs | : | |
| v. | : | |
| YBM CONSTRUCTION, INC. | : | |
| Defendant | : | |

## SCHEDULING ORDER

### I. DEADLINES

| | |
|---|---|
| Rule 26(a)(1) initial disclosures | January 12, 2007 |
| Moving for joinder of additional parties and amendment of pleadings | April 13, 2007 |
| Plaintiff's Rule 26(a)(2) disclosures re experts | May 11, 2007 |
| Defendant's Rule 26(a)(2) disclosures re experts | June 11, 2007 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts | June 30, 2007 |
| Discovery deadline; submission of status report | July 31, 2007 |

Exhibit A

| | |
|---|---|
| Dispositive pretrial motions deadline | August 31, 2007 |
| Pretrial Conference | September 14, 2007 |

Date: _____          _____
                                  Judge Rosemary M. Collyer