UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-----------------------------------------------------------------x
THE TRAVELERS INDEMNITY COMPANY           C.A. No. 06-1749
OF CONNECTICUT a/s/o JENNIFER PLACE
CONDOMINIUM ASSOCIATION and
JENNIFER PLACE UNIT OWNERS ASSOCIATION
and
THE TRAVELERS INDEMNITY COMPANY a/s/o
LHM, LLC d/b/a CHADWICK'S AT FRIENDSHIP
HEIGHTS
        Plaintiffs
        vs.
YBM CONTRACTING, INC.
        Defendant
-----------------------------------------------------------------x

## AMENDED PROPOSED SCHEDULING ORDER

This amended proposed scheduling order is being submitted pursuant to Local Rule 16.3

I.  DEADLINES

| | |
|---|---|
| Rule 26(a)(1) Initial Disclosures | March 30, 2007 |
| Moving for joinder of additional parties and amendment of pleadings | May 31, 2007 |
| Plaintiffs' Rule 26(a)(2) Expert Disclosures | June 30, 2007 |
| Defendant's Rule 26(a)(2) Expert Disclosures | July 31, 2007 |
| Plaintiffs' Rebuttal Rule 26(a)(2) Disclosures | August 24, 2007 |
| Discovery Deadline; Submission of Status Report | September 28, 2007 |
| Dispositive Pre-Trial Motions Deadline | October 26, 2007 |
| Pre-Trial Conference | November 12, 2007 |

Date: _____

                  _____
                  Judge Rosemary M. Collyer

PHLDMS1 3091521v.1