IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY : <br> OF CONNECTICUT a/s/o JENIFER PLACE <br> CONDOMINIUM ASSOCIATION and   : <br> JENIFER PLACE UNIT OWNERS <br> ASSOCIATION                              : <br> and <br> THE TRAVELERS INDEMNITY COMPANY : <br> a/s/o JHM, LLC d/b/a CHADWICK'S AT <br> FRIENDSHIP HEIGHTS                 : <br> <br>      Plaintiffs                              : <br> <br> v.                                              : <br> <br> YBM CONSTRUCTION, INC.           : <br> <br>      Defendant                            : | Case No. 1:06-Cv-1749 |

### ENTRY OF APPEARANCE

COMES NOW, Rachel L. Stewart, and hereby enters her appearance, in addition to counsel Matthew T. Angotti, on behalf of Defendant YBM Construction, Inc.

                                       _____/s/_____
                                       Rachel L. Stewart
                                       Anderson, Coe & King, LLP
                                       201 North Charles Street
                                       Suite 2000
                                       Baltimore, Maryland  21201
                                       410-752-1630
                                       Attorney for Defendant YBM Construction, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April 2007, a copy of the foregoing Entry of Appearance was mailed, by first-class mail, postage prepaid, to:

Ron L. Pingatore, Esquire
White and Williams, LLP
1800 One Liberty Place
Philadelphia, Pennsylvania 19103

                                      /s/
                            Rachel L. Stewart