**IN THE UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT a/s/o JENIFER PLACE CONDOMINIUM ASSOCIATION and JENIFER PLACE UNIT OWNERS ASSOCIATION and THE TRAVELERS INDEMNITY COMPANY a/s/o JHM, LLC d/b/a CHADWICK'S AT FRIENDSHIP HEIGHTS | * * * * * * | Case No.  1:06-Cv-1749 |
| Plaintiffs | * | |
| v. | * | |
| YBM CONSTRUCTION, INC. | * | |
| Defendant | * | |

\*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*

| | |
|---|---|
| YBM CONSTRUCTION, INC. | * |
| Defendant/Third-Party Plaintiff | * |
| v. | * |
| KWANG SOO KIM D/B/A KIM'S ELECTRIC CO. 4221 Pickett Road Fairfax, Virginia 22032 and EMCON, LLC c/o Stefan J. Hasney, Resident Agent 8126 Lilly Stone Drive Bethesda, Maryland 20817 | * * * * * * |

\*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*

## <u>THIRD PARTY COMPLAINT</u>

YBM Construction, Inc., Defendant and Third Party Plaintiff, by its attorneys, Matthew T. Angotti and Rachel L. Stewart, hereby asserts this Third Party Complaint against Third Party Defendants, Emcon, LLC and Kwang Soo Kim d/b/a Kim's Electric Co., and for good cause states as follows:

1. Plaintiffs, The Travelers Indemnity Company Of Connecticut and The Travelers Indemnity Company, have brought suit against Defendant YBM Construction, Inc. alleging responsibility arising from a fire that occurred in property owned and/or occupied by certain insureds of Plaintiffs on or about May 22, 2005.

2. Specifically, Plaintiffs contend that Defendant YBM Construction, Inc. installed an exhaust fan that ultimately caused a fire and said damage as more fully set forth in Plaintiff's Complaint on May 20, 2005.  A copy of Plaintiffs' Complaint is attached hereto and incorporated herein as **Exhibit 1**.

3. At all times relevant hereto, Third Party Defendant Emcon, LLC was responsible for selecting, installing and venting the exhaust fan at issue in Plaintiff's Complaint.

4. At all times relevant hereto, Kwang Soo Kim d/b/a Kim's Electric Co. was responsible for the installation/electrical wiring of the exhaust fan at issue in Plaintiffs' Complaint.

5. At all times relevant hereto, Third Party Defendants were subcontractors of Defendant/Third-Party Plaintiff YBM Construction, Inc. for the contract of renovations and construction to be performed at the Friendship Dental Care leased space at 5247 Wisconsin Avenue, N.W., Washington, D.C.

6.  Third Party Defendants were negligent in the performance of their contractual duties in the selection, installation and venting of the exhaust fan at issue in plaintiff's complaint, and otherwise causing and / or contributing to the occurrence.

7.  Defendant and Third Party Plaintiff disputes liability, and has filed a timely answer to the Plaintiffs' Complaint.  However, if the fire happened as alleged by Plaintiffs, the actions or inactions of Third Party Defendants as stated above are the sole and proximate cause of any damages and injuries sustained by Plaintiffs.

**WHEREFORE,** Defendant and Third Party Plaintiff, YBM Construction, Inc., hereby claims against Third Party Defendants, Emcon, LLC and Kwang Soo Kim d/b/a Kim's Electric Co., for indemnification of all sums, if any, Defendant and Third Party Plaintiff is adjudicated liable to Plaintiffs.  In the alternative, Defendant and Third Party Plaintiff demands contribution from Third Party Defendants, Emcon, LLC and Kwang Soo Kim, d/b/a Kim's Electric Co., toward all sums, if any, Defendant and Third Party Plaintiff is adjudicated liable to Plaintiffs.

          __/s/ Rachel L. Stewart_____
          Matthew T. Angotti
          Rachel L. Stewart
          Anderson, Coe & King, LLP
          201 N. Charles Street
          Suite 2000
          Balto., MD  21201
          410-752-1630
          Attorneys for Defendant &
          Third Party Plaintiff

## NOTICE OF SERVICE

I HEREBY CERTIFY that on this 31st day of May 2007, a copy of Defendant YBM

Construction, Inc.'s Third Party Complaint was electronically mailed to:

Ron L. Pingatore, Esquire                         Nicholas G. Karambelas, Esquire
White and Williams, LLP                           Sfikas & Karambelas, LLP
1800 One Liberty Place                            1201 Pennsylvania Avenue, N.W.
Philadelphia, Pennsylvania 19103                  Suite 300
pingitorer@whiteandwilliams.com                   Washington, D.C. 20004
                                                  nick@ngklaw.com


                          __/s/ Rachel L. Stewart_____
                          Matthew T. Angotti
                          Rachel L. Stewart
                          Anderson, Coe & King, LLP
                          201 N. Charles Street
                          Suite 2000
                          Baltimore, Maryland  21201-4135
                          (410) 752-1630
                          *Attorneys for YBM Construction, Inc.*

### SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

### CIVIL DIVISION

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT a/s/o JENIFER PLACE CONDOMINIUM ASSOCIATION and JENIFER PLACE UNIT OWNERS ASSOCIATION<br>One Tower Square<br>Hartford, Connecticut 06183 )<br><br>And<br><br>THE TRAVELERS INDEMNITY COMPANY a/s/o JHM, LLC d/b/a CHADWICK'S AT FRIENDSHIP HEIGHTS<br>One Tower Square<br>Hartford, Connecticut 06183<br>           Plaintiffs,<br><br>v.<br><br>YBM CONSTRUCTION, INC.<br>6121 University Blvd. West<br>Silver Spring, MD 20902<br><br>SERVE: REGISTERED AGENT<br>  Zahra Youseff<br>  3 Washington Circle, NW<br>  Washington, DC 20037<br>          Defendant. | **COMPLAINT**   0007058-06<br><br>**RECEIVED**<br>**Civil Clerk's Office**<br>**SEP 1 6 2006**<br>**Superior Court of the District of Columbia Washington, D.C.** |

### COMPLAINT

1.     Plaintiffs The Travelers Indemnity Company of Connecticut a/s/o Jenifer Place Condominium Association and Jenifer Place Unit Owners Association and The Travelers Indemnity Company a/s/o JHM, LLC d/b/a Chadwick's at Friendship Heights, by and through their attorneys, hereby demand judgment against defendant YBM Construction, Inc., and in support thereof allege as follows:

### PARTIES

DOCS_PH 1908104v.1

2.     Plaintiff, The Travelers Indemnity Company of Connecticut a/s/o Jenifer Place Condominium Association and Jenifer Place Unit Owners Association (hereinafter "Travelers"), is a corporation organized and existing under the laws of the State of Connecticut engaged in the insurance business, with a principal place of business located at One Tower Square, Hartford, Connecticut 06183.

3.     Jenifer Place Condominium Association and Jenifer Place Unit Owners Association (hereinafter collectively "Jenifer Place") are associations organized and existing under the laws of the District of Columbia and own/operate/manage real and personal property located at 5247 Wisconsin Avenue, N.W., Washington, D.C.

4.     Plaintiff The Travelers Indemnity Company a/s/o JHM, LLC d/b/a Chadwick's Friendship Heights (hereinafter "Travelers II"), is a corporation organized and existing under the laws of the State of Connecticut engaged in the insurance business, with a principal place of business located at One Tower Square, Hartford, Connecticut 06183

5.     JHM, LLC d/b/a Chadwick's Friendship Heights ("Chadwick's") is a business organized and existing under the laws of the District of Columbia and, at all times relevant hereto, leased space at 5247 Wisconsin Avenue, N.W., Washington, DC where it operated as a restaurant.

6.     Upon information and belief, defendant YBM Construction, Inc. (hereinafter "YBM") is a corporation duly organized under the State of Maryland and with a principal place of business located at 6121 University Blvd. West, Silver Spring, Maryland 20902, and is further licensed to do business in the District of Columbia, with

a registered agent address in the District of Columbia located at #3 Washington Circle
N.W., Washington, D.C. 20037.

## STATEMENT OF THE FACTS

7.    Plaintiffs incorporate the allegations set forth in all preceding paragraphs
as if set forth at length herein.

8.    Travelers issued an insurance policy, number 680-98OH2794-TCT-04, for
the period of December 10, 2004 to December 10, 2005 insuring the real and personal
property of Jenifer Place.

9.    Travelers II issued an insurance policy, number I-660-9835A979 for the
period of May 1, 2005 to May 1, 2006 insuring the real and personal property of
Chadwick's.

10.    In or about 1998, Friendship Dental Care leased space at 5247 Wisconsin
Avenue, N.W., Washington, D.C., and contracted with YBM to construct certain
improvements in the leased space (hereinafter "leased space").

11.    As part of its work, YBM specified, selected and/or installed an un-vented
exhaust fan in a utility room within the leased space.

12.    On or about May 22, 2005, a fire began in the utility room of space
occupied by Friendship Dental Care.

13.    Said fire then spread to, and did damage to, the neighboring businesses of
Friendship Dental Care, specifically Plaintiffs' insured, Jenifer Place and Chadwick's.

14.    The improper specification, selection and/or installation of the un-vented
exhaust fan system by YBM was the cause, proximate cause and/or aggravating factor
of the fire itself, and/or its subsequent spread to the premises of Plaintiffs Jenifer Place

DOCS_PH 1908104v.1

and Chadwick's.

15.    As a result of the fire, Travelers has paid a claim amount in excess of
$125,000.00 to its insured, and Travelers II has paid a claim amount in excess of
$10,000.00 to their insured, and, by operation of law and/or the terms of the policies, they
are subrogated to all payments made or to be made for the damages.

## COUNT I-NEGLIGENCE
### Travelers v. YBM Construction, Inc.

16.    Plaintiff Travelers incorporates by reference the allegations set forth in the
foregoing paragraphs as though same were fully set forth at length herein.

17.    At all times relevant hereto, YBM acted by and through its agents,
servants, employees and sub-contractors, each of whom was working in the course and
scope of his or her employment and was in the scope of his or her authority, subject to the
control, direction of, and for the benefit of YBM.

18.    The damages suffered by plaintiff's insured were caused by and resulted
from the negligent, reckless and careless acts and/or omissions of YBM, its agents,
servants, representatives, sub-contractors, sub-agents, workmen and/or employees acting
in the course and scope of their authority and employment.  Said acts and/or omissions
consisted of:

      a.    failing to properly and adequately supervise and/or monitor the
design and installation of the fan to ensure that it was done in a
good and workmanlike manner;

      b.    failing to cause the fan design and installation to be performed in a
workmanlike manner;

      c.    failing to properly design and install a fan that avoided the risk of
fire;

      d.    failing to properly specify, design and install the fan;

      e.    failing to recognize, perceive or warn of the risk of installing an un-vented fan in a confined space;

      f.    failing to warn of the risk of fire presented by the fan; and

      g.    failing to design and install a fan that was capable of existing and performing in high temperature space.

19.    As a direct and proximate result of YBM breaching its duty of care, as detailed above, plaintiff's insured suffered damage to their real and personal property and business interests.

## COUNT I I-NEGLIGENCE
### Travelers II v. YBM Construction, Inc.

20.    Plaintiff Travelers II incorporates by reference the allegations set forth in the foregoing paragraphs as though same were fully set forth at length herein.

WHEREFORE, plaintiffs, The Travelers Indemnity Company of Connecticut a/s/o Jenifer Place Condominium Association and Jenifer Place Unit Owners Association hereby demand judgment in their favor and damages in an amount in excess of $125,000.00 plus pre-judgment interest, post judgment interest, costs and such other relief as the Court deems appropriate; and , further, The Travelers Indemnity Company a/s/o JHM, LLC d/b/a Chadwick's at Friendship Heights, hereby demand judgment in their favor and damages in an amount in excess of $10,000.00 plus pre-judgment interest, post judgment interest, costs and such other relief as the Court deems appropriate. Plaintiffs further request that this matter be set for a trial before a jury .

DOCS_PH 1908104v.1

Respectfully Submitted

THE TRAVELERS INDEMNITY
COMPANY OF CONNECTICUT a/s/o
JENIFER PLACE CONDOMINIUM
ASSOCIATION and JENIFER PLACE
UNIT OWNERS ASSOCIATION

And

THE TRAVELERS INDEMNITY
COMPANY a/s/o JHM, LLC d/b/a
CHADWICK'S AT FRIENDSHIP
HEIGHTS

BY

Of Counsel

Eric S. Wiener, ESQ
Counsel for the Plaintiffs
DC BAR No. 451794
2009 N. 8th St., Ste. 410
Arlington, VA 22201
(703) 248-0555
(703) 248-0551 (Fax)

DOCS_PH 1908104v.1

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CIVIL DIVISION

THE TRAVELERS INDEMNITY COMPANY OF )
CONNECTICUT a/s/o JENIFER PLACE          )
CONDOMINIUM ASSOCIATION and JENIFER )
PLACE UNIT OWNERS ASSOCIATION          )    Case No.      0007058-0F
One Tower Square                                          )
Hartford, Connecticut 06183                         )
                                                                  )
    And                                     )
                                                                  )
THE TRAVELERS INDEMNITY COMPANY   )
a/s/o JHM, LLC d/b/a CHADWICK'S AT      )
FRIENDSHIP HEIGHTS                             )
One Tower Square                                          )
Hartford, Connecticut 06183                         )
       Plaintiffs,            )
                                                                  )
   v.                                             )
                                                                  )
YBM CONSTRUCTION, INC.                      )
6121 University Blvd. West                           )
Silver Spring, MD 20902                              )
                                                                  )
SERVE: REGISTERED AGENT                  )
 Zahra Youseff
 3 Washington Circle, NW
 Washington, DC 20037
     Defendant.

## REQUEST FOR TRIAL BY JURY

1.     The Plaintiffs hereby respectfully request that the
above styled matter be set for trial before a jury.

Respectfully Submitted

THE TRAVELERS INDEMNITY
COMPANY OF CONNECTICUT a/s/o
JENIFER PLACE CONDOMINIUM
ASSOCIATION and JENIFER PLACE
UNIT OWNERS ASSOCIATION

And

THE TRAVELERS INDEMNITY
COMPANY a/s/o JHM, LLC d/b/a CHADWICK'S
AT FRIENDSHIP HEIGHTS

BY: _____

Of Counsel


Eric S. Wiener, ESQ
Counsel for the Plaintiffs
DC BAR No. 451794
2009 N. 8th St., Ste. 410
Arlington, VA 22201
(703) 248-0555
(703) 248-0551 (Fax)