UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-----------------------------------------------------------------x

| | | |
|---|---|---|
| THE TRAVELERS INDEMNITY COMPANY<br>OF CONNECTICUT a/s/o JENNIFER PLACE<br>CONDOMINIUM ASSOCIATION and<br>JENNIFER PLACE UNIT OWNERS<br>ASSOCIATION, ET AL.<br><br>              Plaintiffs<br><br>vs.<br><br>YBM CONTRACTING, INC.<br>              Defendant/Third<br>              Party Plaintiff<br><br>vs.<br><br>KWANG SOO KIM d/b/a<br>KIM'S ELECTRIC COMPANY, ET AL.<br><br>              Third Party Defendant: | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 06-1749 (RMC) |

-----------------------------------------------------------------x

## CONSENT MOTION TO STAY DISCOVERY

   Plaintiffs, The Travelers Indemnity Company of Connecticut a/s/o Jennifer Place Condominium Association and Jennifer Place Unit Owners Association, and The Travelers Indemnity Company a/s/o JHM, LLC d/b/a Chadwick's at Friendship Heights, and defendant YBM Construction, Inc., by and through their respective counsel, respectively request that discovery in this case be stayed for a period not to exceed 45 days and state as follows:

   1.   This matter involves a fire that occurred on May 22, 2005 at Friendship Dental, a business located at 5247 Wisconsin Avenue, N.W., Washington, D.C. where it leased commercial office space.

2.      Plaintiffs' insureds suffered real, business and personal property damage as a result of the fire and filed a Complaint against YBM Construction, Inc. ("YBM") wherein it is alleged that YBM, *inter alia*, improperly designed and/or installed an exhaust fan on behalf of Friendship Dental, which caused the fan to fail catastrophically.

3.      On March 23, 2007 the parties attended a Scheduling Conference with Your Honor and by Order dated March 26, 2007 a Scheduling Order was issued with a discovery end date of September 28, 2007.

4.      The parties have been cooperating in discovery, including the exchange of written discovery, joint pursuit of the District's Building Permit file for Friendship Dental, and the depositions of two fact witnesses from Friendship Dental pursuant to a subpoena.

4.      On May 31, 2007, in compliance with the Scheduling Order, YBM filed a Third Party Complaint against Kwang Soo Kim d/b/a Kim's Electric (a Virginia corporation) and Emcon, LLC (a Maryland corporation) and is in the process of serving the parties.

5.      Plaintiffs will be filing an Amended Complaint to assert direct claims against the Third Party Defendants.

6.      Plaintiffs and YBM are in need of discovery from the Third Party Defendants, which will include the make/model of the exhaust fan, method of selection/installation, and design responsibilities.

7.      The parties are also in need of deposition testimony from YBM's principal and non-parties in order to provide and/or supplement expert designations/reports, but understand the

PHLDMS1 3175693v.1

importance of avoiding duplicate discovery and the fact that the recently joined parties will want an opportunity to participate in discovery not yet completed.

8. In addition to deposition testimony, Plaintiffs and YBM intend to have the exhaust fan destructively examined by consulting experts and will want all interested parties to have an opportunity to attend and/or participate in the process. The destructive examination is needed to further expert opinions.

9. In addition to this matter, the parties expect a second action to be filed with the Court on behalf of Erie Insurance Company a/s/o Friendship Dental through its counsel, Edward Brown, Esquire with the law firm of McCarthy Wilson (301-762-7770) and will seek consolidation in order to promote judicial efficiency and to avoid duplicate discovery.

10. Plaintiffs' counsel has confirmed that Mr. Brown will be filing the action on behalf of Erie Insurance within the next 14 days.

11. After discussions with counsel for YBM, it was agreed that the parties filing this Motion would consent to and request this Court to grant a stay of discovery so that a second Scheduling Conference can be scheduled with the Third Party Defendants and Erie Insurance at which time the parties could propose an Amended Scheduling Order pursuant to the local rules and subject to this Court's approval.

12. Counsel for the Third Party Defendants have not yet appeared.

                                                   /s/_____
                                                Ron L. Pingitore, Esquire
                                                White and Williams LLP
                                                1800 One Liberty Place
                                                Philadelphia, PA  19103-7395
                                                (215) 864-6324

PHLDMS1 3175693v.1

-4-

                                                      /s/
                                      Matthew T. Angotti, Esq.
                                      Anderson, Cole, & King, LLP
                                      201 North Charles Street Suite 2000
                                      Baltimore, MD  21201
                                      (410) 752-1630

Date: 6/6/07

-5-

```
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
---------------------------------------------------------------x
THE TRAVELERS INDEMNITY COMPANY          :   C.A. No. 06-1749 (RMC)
OF CONNECTICUT a/s/o JENNIFER PLACE      :
CONDOMINIUM ASSOCIATION and              :
JENNIFER PLACE UNIT OWNERS               :
ASSOCIATION, ET AL.                      :
                                         :
                    Plaintiffs           :
                                         :
       vs.                               :
                                         :
YBM CONTRACTING, INC.                    :
              Defendant/Third            :
              Party Plaintiff            :
                                         :
       vs.                               :
                                         :
KWANG SOO KIM d/b/a                      :
KIM'S ELECTRIC COMPANY, ET AL.           :
                                         :
              Third Party Defendant:
---------------------------------------------------------------x
```

**ORDER**

**UPON CONSIDERATION** of the Consent Motion to Stay Discovery filed on behalf of The Travelers Indemnity Company of Connecticut a/s/o Jennifer Place Condominium Association and Jenifer Place Unit Owners Association, The Travelers Indemnity Company a/s/o JHM, LLC d/b/a Chadwick's at Friendship Heights, and YBM Construction, Inc., it is on this _____ day of June 2007, hereby

**ORDERED**, that the Consent Motion is GRANTED, and that discovery shall be stayed until the _____ day of _____, 2007 at which time all parties shall appear for a

-5-

-6-

Scheduling Conference beginning at _____ a.m./p.m.  YBM Construction, Inc. shall serve a copy of this Order upon counsel for the Third Party Defendants as they appear.

_____
ROSEMARY M. COLLYER
United States District Judge