**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | | |
|---|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT a/s/o JENNIFER PLACE CONDOMINIUM ASSOCIATION AND JENIFER PLACE UNIT OWNERS ASSOCIATION | * * * * * * * | |
| and | * * | |
| THE TRAVELERS INDEMNITY COMPANY a/s/o JHM, LLC d/b/a CHADWICK'S AT FRIENDSHIP HEIGHTS | * * * * * | Civil Case #   1:06-CV-1749 |
| Plaintiffs | * * | |
| v. | * * | |
| YBM CONSTRUCTION, INC. | * * | |
| Defendant | * | |
| *    *    *    *    *    * | * | *    *    *    *    *    * |
| YBM CONSTRUCTION, INC. | * * | |
| Defendant/Third Party Plaintiff | * * | |
| v. | * * | |
| KWANG SOO KIM d/b/a KIM'S ELECTRIC CO., et al. | * * * | |
| And | * * | |
| EMCON, LLC | * * | |
| Third Party Defendants | * * | |
| *    *    *    *    *    * | * | *    *    *    *    *    * |

## ANSWER TO THIRD PARTY COMPLAINT

Comes now the Third Party Defendant, Kwang Soo Kim d/b/a Kim's Electric Co., by and through his counsel, Bacon, Thornton & Palmer, L.L.P. and Patricia M. Thornton, and in answer to the Third Party Complaint filed by the Defendant and Third Party Plaintiff YBM Construction, Inc., they state the following:

## FIRST DEFENSE

The Third Party Complaint fails to state a claim upon which relief can be granted.

## SECOND DEFENSE

1. In response to paragraph one of the Third Party Complaint, the Third Party Defendant admits that such a suit and such allegations have been filed against Defendant YBM Construction, Inc.

2. In response to paragraph two the Third Party Complaint, the Third Party Defendant admits that such contentions have been made by the Plaintiff against Defendant YBM Construction, Inc. in the original Complaint.

3. In response to paragraph three of the Third Party Complaint, the Third Party Defendant admits that EMCON, LLC was responsible for selecting, installing and venting the exhaust fan at issue.

4. In response to paragraph four of the Third Party Complaint, the Third Party Defendant admits that it completed the electrical wiring of the exhaust fan.

5. In response to paragraph five of the Third Party Complaint, the Third Party Defendant Kwang Soo Kim d/b/a Kim's Electric Company, admits that it was a subcontractor

of YBM Construction, Inc. for the purpose of certain new electrical wiring completed at the jobsite, but denies that it was involved in general renovations and construction at this jobsite.

6. In response to paragraph six of the Third Party Complaint, the Third Party Defendant Kwang Soo Kim d/b/a Kim's Electric Company, denies that it was negligent in the performance of its contractual duties, denies that it was involved in the selection, installation and venting of the exhaust fan, and further denies that it caused and/or contributed to the occurrence.

7. In response to paragraph seven of the Third Party Complaint, the Third Party Defendant denies that its actions or inactions were the sole and/or proximate cause of any damages and injuries sustained by the Plaintiff.

**THIRD DEFENSE**

The Third Party Defendant denies any and all allegations of negligence on its part.

**FOURTH DEFENSE**

The Third Party Defendant denies any and all allegations of breach of contract on its part.

**FIFTH DEFENSE**

The Third Party Defendant asserts the intervening and supervening negligence of persons or entities over whom the Third Party Defendant had no authority or control as the sole and/or proximate cause of any damages alleged by any party.

**SIXTH DEFENSE**

The Third Part Defendant asserts the statute of repose.

**SEVENTH DEFENSE**

The Third Party Defendant asserts the defense of statute of limitations.

**EIGHTH DEFENSE**

The Third Party Defendant asserts the defense of contributory negligence on the part of the Plaintiffs and Third Party Plaintiffs as a bar to the Complaint and Third Party Complaint.

**NINTH DEFENSE**

The Third Party Defendant asserts the defense of assumption of the risk on the part of the Plaintiffs and Third Party Plaintiffs as a bar to the Complaint and Third Party Complaint.

**TENTH DEFENSE**

The Third Party Defendant denies that it is responsible for any consequences for defects in the plans and specifications on this project, which were prepared by persons or entities other than the Third Party Defendant.

WHEREFORE, this Defendant having fully answered the Third Party Complaint, this Defendant prays that the Third Party Complaint be dismissed with prejudice with costs to be born by the Third Party Plaintiff.

Respectfully submitted,

BACON, THORNTON & PALMER, L.L.P.

By: /s/ Patricia M. Thornton
Patricia M. Thornton
Capital Office Park
6411 Ivy Lane, Suite 706
Greenbelt, MD  20770-1411
301-345-7001
Attorney for Defendant Kwang Soo Kim
d/b/a Kim's Electric Co., et al.

**DEMAND FOR JURY TRIAL**

      The Defendant, Kwang Soo Kim d/b/a Kim's Electric Company, demands a trial by jury on all issues raised in the Third Party Complaint.

                                                                      /s/ Patricia M. Thornton
                                                                       Patricia M. Thornton

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 6th day of **August, 2007**, a copy of the foregoing **Answer to Third Party Complaint** was electronically filed:

EMCON, LLC
c/o Stefan J. Hasney, Resident Agent
8126 Lilly Stone Drive
Bethesda, MD  20817
(Third Party Defendant)

Nicholas G. Karambelas, Esquire
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004-2401

Ron L. Pingatore, Esquire
White & Williams, LLP
1800 One Liberty Place
Philadelphia, PA  19103

Matthew T. Angotti, Esquire
Rachel L. Stewart, Esquire
Anderson, Coe & King, LLP
201 N. Charles Street, Suite 2000
Baltimore, MD  21201-4135
(Attorneys for YBM Construction, Inc.)

Eric S. Wiener, Esquire, # 451794
2009 N. 8th Street, Suite 410
Arlington, VA  22201
(Attorney for Plaintiffs)

                                                                      /s/ Patricia M. Thornton
                                                                       Patricia M. Thornton