

## LEGAL INVESTIGATIONS, INC.
6066 FRANCONIA ROAD, ALEXANDRIA, VIRGINIA 22310
TELEPHONE: (703) 921-5061   FAX: (703) 921-5067

OCT 1 0 2007

### AFFIDAVIT OF SERVICE

STATE OF   District of Columbia
COUNTY OF
     RE:   Travelers Insurance          NO: 1:06-CV-1749
              VS.
           Emcon Inc. and
           Kwang Soo Kim, d/b/a Kim's Electric Co.

Before me, the undersigned authority, personally appeared,

MARK JEFFREY LETTMANN , a person competent to make oath and who by me being duly sworn, deposes and says:

This Third-Party SUMMONS AND COMPLAINT was executed on the 9TH day of October, 20 07, in the county of FAIRFAX, Virginia, by Personal Service a true copy of the above mentioned papers to Ebrahimi Ghassen, at the address of 702 Ninovan Road SE Vienna, VA 22180, and the time of 9:14 A.M.

A person eighteen (18) years or older, who is not a party in the matter in which service was requested or otherwise interest in the subject matter in controversy.

Signature of process server Mark J Lettma      Age 33.

Subscribed and sworn to before me this 9TH day of October, 20 07.

Richard S Alpert
Notary Public

My Commission Expires
5/1/2009

"PROVIDING PROFESSIONAL INVESTIGATIVE SERVICE"