## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT a/s/o JENIFER PLACE CONDOMINIUM ASSOCIATION and JENIFER PLACE UNIT OWNERS ASSOCIATION, et al. <br><br>    Plaintiffs <br><br>V. <br><br>YBM CONSTRUCTION, INC. <br><br>    Defendant/Third-Party Plaintiff <br><br>V. <br><br>KWANG SOO KIM d/b/a KIM'S ELECTRIC CO. <br><br>and <br><br>EMCON, LLC <br><br>    Third-Party Defendants | Case No. 1:06-cv-1749 |

### **PRAECIPE**

Please enter the appearance of Budow and Noble, P.C., and Allan A. Noble, Esquire, as attorneys for Third-Party Defendant, Emcon Construction Corporation, mistakenly named as Emcon, LLC.

**BUDOW AND NOBLE, P.C.**

_/s/_____
Allan A. Noble, Bar # 166926
Suite 500 West, Air Rights Center
7315 Wisconsin Avenue
Bethesda, Maryland 20814
(301) 654-0896 telephone
(301) 907-9591 facsimile
*Counsel for Third-Party Defendant, Emcon Construction Corporation*

## CERTIFICATE REGARDING DISCOVERY

I do hereby certify that a true copy of the foregoing Praecipe was served this 24th day of October, 2007 via electronic filing to the following:

Ron L. Pingatore, Esquire
White and Williams, LLP
1800 One Liberty Place
Philadelphia, Pennsylvania 19103
*Counsel for Plaintiffs*

Nicholas G. Karambelas, Esquire
Sfikas & Karambelas, LLP
1201 Pennsylvania Avenue, N.W.
Suite 300
Washington, D.C. 20004
*Counsel for Plaintiffs*

Matthew T. Angotti, Esquire
Rachel L. Stewart, Esquire
Anderson, Coe & King, LLP
201 N. Charles Street
Suite 2000
Baltimore, Maryland 21201-4135
*Counsel for Defendant/Third-Party Plaintiff YBM Construction, Inc.*

Patricia M. Thornton, Esquire
Bacon, Thornton & Palmer, LLP
6411 Ivy Lane
Suite 706
Greenbelt, Maryland 20770
*Counsel for Third-Party Defendant Kwang Soo Kim*

_/s/_____
Allan A. Noble, Bar # 166926