UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-----------------------------------------------------------------------x
THE TRAVELERS INDEMNITY COMPANY            C.A. No. 06-1749
OF CONNECTICUT a/s/o JENNIFER PLACE
CONDOMINIUM ASSOCIATION and
JENNIFER PLACE UNIT OWNERS ASSOCIATION
and
THE TRAVELERS INDEMNITY COMPANY a/s/o
LHM, LLC d/b/a CHADWICK'S AT FRIENDSHIP
HEIGHTS
                              Plaintiffs
                              vs.
YBM CONTRACTING, INC.
                              Defendant
-----------------------------------------------------------------------x

## AMENDED PROPOSED SCHEDULING ORDER (draft)

This amended proposed scheduling order is being submitted pursuant to Local Rule 16.3

I.      DEADLINES

| | |
|---|---|
| Rule 26(a)(1) Initial Disclosures | January 15, 2008 |
| Joinder of additional parties and amendment of pleadings | January 31, 2008 |
| Plaintiffs' Rule 26(a)(2) Expert Disclosures | April 30, 2008 |
| Defendant's Rule 26(a)(2) Expert Disclosures | May 30, 2008 |
| Plaintiffs' Rebuttal Rule 26(a)(2) Disclosures | June 20, 2008 |
| Discovery Deadline; Submission of Status Report | July 31, 2008 |
| Dispositive Pre-Trial Motions Deadline | August 29, 2008 |
| Pre-Trial Conference | September 12, 2008 |

Date: _____         _____
                                                  Judge Rosemary M. Collyer