IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT a/s/o JENNIFER PLACE CONDOMINIUM ASSOCIATION and JENNIFER PLACE UNIT OWNERS ASSOCIATION, et al.<br><br>    Plaintiffs<br><br>    V.<br><br>YBM CONSTRUCTION, INC.<br><br>    Defendant/Third-Party Plaintiff<br><br>    V.<br><br>KWANG SOO KIM d/b/a KIM'S ELECTRIC CO.<br><br>and<br><br>EMCON, LLC<br><br>    Third-Party Defendants | Case No. 1:06-cv-1749 |

### THIRD-PARTY DEFENDANT, EMCON, LLC'S RULE 26 (a)(1) INITIAL DISCLOSURES

Now comes the Third-Party Defendant, Emcon, LLC, by their attorneys, Budow and Noble, P.C., and Allan A. Noble, Esquire, and pursuant to Rule 26(a)(1) makes the following initial disclosures.

**A.  WITNESSES**

1. Jay Ebrahimi
   Emcon Construction Corporation
   702 Ninovan Road, S.E.
   Vienna, Virginia 22180-5849

**B.     DOCUMENTS**

Unknown.

**C.     DAMAGES**

Not applicable.

**D.     INSURANCE AGREEMENTS**

The insurance agreement with Erie Insurance Exchange is available for copying if requested.

                                           **BUDOW AND NOBLE, P.C.**

                                           _/s/_____
                                           Allan A. Noble, Bar # 166926
                                           Suite 500 West, Air Rights Center
                                           7315 Wisconsin Avenue
                                           Bethesda, Maryland 20814
                                           (301) 654-0896 telephone
                                           (301) 907-9591 facsimile
                                           *Counsel for Third-Party Defendant, Emcon*

## CERTIFICATE REGARDING DISCOVERY

I do hereby certify that a true copy of the foregoing Third-Party Defendant, Emcon, Construction Corporation, LLC's Rule 26(a)(1) Initial Disclosures were served this 11th day of January, 2008 by electronic filing to the following:

Ron L. Pingatore, Esquire
White and Williams, LLP
1800 One Liberty Place
Philadelphia, Pennsylvania 19103
*Counsel for Plaintiffs*

Nicholas G. Karambelas, Esquire
Sfikas & Karambelas, LLP
1201 Pennsylvania Avenue, N.W.
Suite 300
Washington, D.C. 20004
*Counsel for Plaintiffs*

Matthew T. Angotti, Esquire
Rachel L. Stewart, Esquire
Anderson, Coe & King, LLP
201 N. Charles Street
Suite 2000
Baltimore, Maryland 21201-4135
*Counsel for Defendant/Third-Party Plaintiff YBM Construction, Inc.*

Patricia M. Thornton, Esquire
Bacon, Thornton & Palmer, LLP
6411 Ivy Lane
Suite 706
Greenbelt, Maryland 20770
*Counsel for Third-Party Defendant Kwang Soo Kim*

__/s/_____
Allan A. Noble, Bar # 166926