## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | | |
|---|---|---|
| TRAVELERS INDEMNITY | * | |
| COMPANY OF CONNECTICUT, et al. | * | |
| | * | |
| Plaintiffs | * | Civil Action No. 06-1749 (RMC) |
| | * | (consolidated with 07-1146) |
| v. | * | |
| | * | |
| YBM CONSTRUCTION, INC. | * | |
| | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## RULE 26 (a)(1) DISCLOSURES OF KWANG SOO KIM d/b/a KIM'S ELECTRIC CO.

Comes now the Third-Party Defendant, Kwang Soo Kim d/b/a Kim's Electric Co., by and through their attorneys, Bacon, Thornton & Palmer, L.L.P. and Patricia M. Thornton, and they respectfully file this Rule 26(a)(1) Disclosure, pursuant to the rules of this Court:

**(A) Names, Address And Telephone Numbers Of Individuals Likely To Have Discoverable Information:**

> 1.     Kwang Soo Kim
>    4221 Pickett Road
>    Fairfax, Virginia 22032
>    703-323-6032 - home
>    703-906-4020 – work

Mr. Kim is the owner of Kim's Electric Company and did electric work at the request of YBM Construction on this site in 1998.

> 2.     Ben Bashri
>    YBM Construction
>    604 South Frederick Avenue
>    Suite 415
>    Gaithersburg, Maryland 20877
>    301-929-4300

Mr. Bashri is the contact person between YBM Construction and Kim's Electric Company.

**(B)     A Copy Of Or A Description By Category Of All Documents**

Kim's Electric Company has no documents with reference to its work on this project.  It has been provided with the attached copies of payments made by YBM Construction to Kim's Electric Company.

**(C)     A Computation Of Any Category Of Damages Claimed By The Disclosing Party**

The Third-Party Defendant makes no claim for specific damages.

**(D)     Inspection And Copying Of Insurance Agreement**

A copy of the insurance agreement providing coverage to Kim's Electric Company will be produced to all parties.

Respectfully submitted,
Bacon, Thornton & Palmer, L.L.P.

By: /s/ Patricia M. Thornton
     Patricia M. Thornton
     Capital Office Park
     6411 Ivy Lane, Suite 706
     Greenbelt, MD  20770-1411
     301-345-7001
     Attorney for Defendant Kwang Soo Kim
     d/b/a Kim's Electric Co., et al.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of **January, 2008**, a copy of the foregoing was mailed, postage prepaid, first class to:

Allan Ames Noble, Esquire
7201 Wisconsin Avenue
Suite 600
Bethesda, MD  20814
(Third Party Defendant)

Nicholas G. Karambelas, Esquire
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004-2401

2

Ron L. Pingatore, Esquire
White & Williams, LLP
1800 One Liberty Place
Philadelphia, PA  19103

Matthew T. Angotti, Esquire
Rachel L. Stewart, Esquire
Anderson, Coe & King, LLP
201 N. Charles Street, Suite 2000
Baltimore, MD  21201-4135
(Attorneys for YBM Construction, Inc.)

Eric S. Wiener, Esquire, # 451794
2009 N. 8th Street, Suite 410
Arlington, VA  22201
(Attorney for Plaintiffs)

Edward J. Brown, Esquire
USDC-DC Bar # 414365
100 South Washington Street
Rockville, MD  20850
(Attorney for Plaintiffs)

/s/ Patricia M. Thornton
Patricia M. Thornton

3

**Check 407**

M CONSTRUCTION INC.    01-94    7-163/520    407
649-2340                     2477
UNIVERSITY BLVD. WEST
VER SPRING, MD 20902
                            Date 10/5/98

to the
rder of ____ Kings Electric ____ $ 1000

One Thousand _____ Dollars

**ationsBank**
onsBank, N.A.
yland

Fidel

05200 1633: 000 327 5886 04-7 0000 100000

GUARDIAN · SAFETY YELLOW/WOVE

**Check 454**

M CONSTRUCTION INC.    01-94    7-163/520 MD    454
649-2340                     2477
UNIVERSITY BLVD. WEST
ER SPRING, MD 20902
                            Date 11/3/98

to the
rder of ____ Kim's ELECTRIC ____ $ 7000 oo

Seven Thousand _____ 00/100 Dollars

**ationsBank**
nsBank, N.A.
052001633   7000 OC A   2000 B Rios
3000 C Nunes

5200 1633: 00000 3275886 04 54 0000 700000

GUARDIAN · SAFETY YELLOW/WOVE

**Check 571**

BM CONSTRUCTION INC.    01-94    7-163/520 MD    571
01-649-2340                     2477
621 UNIVERSITY BLVD. WEST
ILVER SPRING, MD 20902
                            Date 11/23/98

Pay to the
Order of ____ Kim's Electric ____ $ 1000 oo

One Thousand _____ 00/100 Dollars

**NationsBank**
Nations Bank, N.A.
CH R/T 052001633   For Fidel

:05200 1633: 00000 3275886 0571 0000 100000

GUARDIAN SAFETY YELLOW/WOVE

**Check 584**

BM CONSTRUCTION INC.    01-94    7-163/520 MD    584
01-649-2340                     2477
521 UNIVERSITY BLVD. WEST
ILVER SPRING, MD 20902
                            Date 12/16/98

Pay to the
Order of ____ Kim's Electric ____ $ 470 oo

Four Hundred & Sev _____ Dollars

**NationsBank**
ationsBank, N.A.
CH R/T 052001633   For Fidel Find

:05200 1633: 00000 3275886 0584 00004 7000

YBM CONSTRUCTION INC.    01
301-649-2340
1621 UNIVERSITY BLVD. WEST
SILVER SPRING, MD 20902

7-163/520
2477

399

Date _10/1/98_

Pay to the
Order of_____ _EM Con_ _____ $ _1000.00_

_____ _One Thousand_ _____ Dollars

**NationsBank**
NationsBank, N.A.
Maryland

For_____ _Fidel Hernandez_

⑆05200 1633⑆: 000 327 5886⑆ 0399 ⑈0000 100000⑈