UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
------------------------------------------------------------------x
THE TRAVELERS INDEMNITY COMPANY          C.A. No. 06-1749
OF CONNECTICUT a/s/o JENIFER PLACE
CONDOMINIUM ASSOCIATION and
JENIFER PLACE UNIT OWNERS ASSOCIATION    JURY TRIAL DEMANDED
and
THE TRAVELERS INDEMNITY COMPANY a/s/o
LHM, LLC d/b/a CHADWICK'S AT FRIENDSHIP
HEIGHTS
                        Plaintiffs
                      vs.
YBM CONSTRUCTION, INC.
                        Defendant
------------------------------------------------------------------x

### PLAINTIFFS' MOTION SEEKING LEAVE TO FILE AN AMENDED/SUPPLEMENTED COMPLAINT

Plaintiffs The Travelers Indemnity Company of Connecticut a/s/o Jenifer Place Condominium Association and Jenifer Place Unit Owners Association and The Travelers Indemnity Company a/s/o JHM, LLC d/b/a Chadwick's at Friendship Heights, by and through their attorneys, hereby seek leave to file a First Amended Complaint in the within action, and state as follows:

1.     On or about September 18, 2006, Plaintiffs filed a Complaint in the Superior Court of the District of Columbia against YBM Construction, Inc. ("YBM").

2.     On or about October 11, 2006, YBM sought to remove the action to this Court upon filing a Notice of Removal based on 28 U.S.C. §1332, which was granted.

3.     Plaintiffs alleged that the negligence of YBM caused and/or contributed to a fire that damaged Plaintiffs' insureds' property.

4. On or about May 31, 2007, YBM filed a Third Party Complaint against Kwang Soo Kim d/b/a Kim's Electric Co. and Emcon, LLC alleging that the negligence of the third party defendants caused and/or contributed to the occurrence.

5. On June 6, 2007, the Court granted a Consent Motion to Stay Discovery to allow for the third party defendants to be joined and so that a second Scheduling Conference could be held with all parties.

6. The second Scheduling Conference was held on December 20, 2007 with all parties.

7. As a result of the second Scheduling Conference, the parties were given until January 31, 2008 to join additional parties and/or amend pleadings, and Plaintiffs advised the Court that direct claims would be asserted against the third party defendants.

8. Plaintiffs now seek leave to file a First Amended Complaint to assert direct claims against the third party defendants in the form attached hereto as Exhibit A. Attached hereto as Exhibit B is an "underlined" version of the First Amended Complaint to show the amendments.

9. Pursuant to Federal Rule 15(a), a party may amend its pleading by leave of court, which leave should be given freely as justice so requires.

10. While leave to amend is within the sound discretion of the trial court, courts generally view motions to amend pleadings with liberality. A motion to amend "should be denied only when the amendment would be prejudicial to the opposing party, there has been bad faith on the part of the moving party, or the amendment would be futile." Edwards v. City of

Goldsboro, 178 F.3d 231, 242 (4th Cir. 1999) (quoting Johnson v. Oroweat Foods Co., 785 F.2d 503, 509 (4th Cir. 1986)).

11. Pursuant to Federal Rule 14(a), a plaintiff may assert any claim against a third party defendant arising out of the transaction or occurrence that is the subject matter of the plaintiff's claim against the third party plaintiff.

12. Plaintiffs have a good faith basis to in asserting the additional claims.

13. Plaintiffs do not seek to file a First Amended Complaint to cure deficiencies in amendments previously allowed.

14. The parties will not suffer undue prejudice by virtue of the amendment, as no new parties are being added and limited discovery has taken place.

WHEREFORE, plaintiffs The Travelers Indemnity Company of Connecticut a/s/o Jenifer Place Condominium Association and Jenifer Place Unit Owners Association and The Travelers Indemnity Company a/s/o JHM, LLC d/b/a Chadwick's at Friendship Heights, by and through their attorneys, respectfully request that this Court grant its motion for leave to file a First Amended Complaint in the within action, and enter an Order in the form attached hereto.

    Respectfully Submitted,

    THE TRAVELERS INDEMNITY
    COMPANY OF CONNECTICUT a/s/o
    JENIFER PLACE CONDOMINIUM
    ASSOCIATION and JENIFER PLACE
    UNIT OWNERS ASSOCIATION

    And

                THE TRAVELERS INDEMNITY
                COMPANY a/s/o JHM, LLC d/b/a
                CHADWICK'S AT FRIENDSHIP
                HEIGHTS


By: */s/ Ron L. Pingitore*
     Ron L. Pingitore, Esq.
     White and Williams LLP
     1800 One Liberty Place
     Philadelphia, PA 19103
     215-864-6324

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-----------------------------------------------------------------------x
THE TRAVELERS INDEMNITY COMPANY            C.A. No. 06-1749
OF CONNECTICUT a/s/o JENIFER PLACE
CONDOMINIUM ASSOCIATION and
JENIFER PLACE UNIT OWNERS ASSOCIATION      JURY TRIAL DEMANDED
and
THE TRAVELERS INDEMNITY COMPANY a/s/o
LHM, LLC d/b/a CHADWICK'S AT FRIENDSHIP
HEIGHTS
                      Plaintiffs
                      vs.
YBM CONSTRUCTION, INC.
                      Defendant
-----------------------------------------------------------------------x

**ORDER**

      AND NOW, this _____ day of _____, 2008, upon consideration of the Motion of Plaintiffs Seeking Leave to File a First Amended Complaint and Defendants' Responses thereto, if any, it is hereby ORDERED and DECREED that said Motion is GRANTED. Plaintiffs shall have _____ days from the date of this Order in which to file their First Amended Complaint.

                                                               _____
                                                                                  J.

## CERTIFICATE OF SERVICE

I, Ron L. Pingitore, Esquire, counsel for Plaintiffs in the foregoing action, do hereby certify that a true copy of the foregoing was served this <u>24th</u> day of January, 2008 by United States first class mail, postage prepaid to the following:

Matthew T. Angotti, Esquire
Rachel L. Stewart, Esquire
Anderson, Coe & King, LLP
201 N. Charles Street
Suite 2000
Baltimore, Maryland 21201-4135

Patricia M. Thornton, Esquire
Bacon, Thornton & Palmer, LLP
6411 Ivy Lane
Suite 706
Greenbelt, Maryland 20770

Allan A. Noble, Esquire
Bud and Noble, P.C.
Suite 500 West, Air Rights Center
7315 Wisconsin Avenue
Bethesda, MD 20814

Edward J. Brown, Esquire
McCarthy Wilson
100 South Washington Street
Rockville, MD  20850

/s/ *Ron L. Pingitore*
Ron L. Pingitore

# EXHIBIT A

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY )<br>OF CONNECTICUT a/s/o JENIFER PLACE )<br>CONDOMINIUM ASSOCIATION and JENIFER )<br>PLACE UNIT OWNERS ASSOCIATION, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>YBM CONSTRUCTION, INC., et al. )<br>)<br>Defendants. )<br>)<br>_____ ) | **COMPLAINT**<br><br>**CIVIL DIVISION**<br><br><br>**C.A. No. 06-1749** |

### FIRST AMENDED COMPLAINT

1.   Plaintiffs The Travelers Indemnity Company of Connecticut a/s/o Jenifer Place Condominium Association and Jenifer Place Unit Owners Association and The Travelers Indemnity Company a/s/o JHM, LLC d/b/a Chadwick's at Friendship Heights, by and through their attorneys, hereby demand judgment against defendant YBM Construction, Inc., and in support thereof allege as follows:

### PARTIES

2.   Plaintiff, The Travelers Indemnity Company of Connecticut a/s/o Jenifer Place Condominium Association and Jenifer Place Unit Owners Association (hereinafter "Travelers"), is a corporation organized and existing under the laws of the State of Connecticut engaged in the insurance business, with a principal place of business located at One Tower Square, Hartford, Connecticut 06183.

3.   Jenifer Place Condominium Association and Jenifer Place Unit Owners Association (hereinafter collectively "Jenifer Place") are associations organized and existing

under the laws of the District of Columbia and own/operate/manage real and personal property located at 5247 Wisconsin Avenue, N.W., Washington, D.C.

4. Plaintiff The Travelers Indemnity Company a/s/o JHM, LLC d/b/a Chadwick's Friendship Heights (hereinafter "Travelers II"), is a corporation organized and existing under the laws of the State of Connecticut engaged in the insurance business, with a principal place of business located at One Tower Square, Hartford, Connecticut. 06183

5. JHM, LLC d/b/a Chadwick's Friendship Heights ("Chadwick's") is a business organized and existing under the laws of the District of Columbia and, at all times relevant hereto, leased space at 5247 Wisconsin Avenue, N.W., Washington, DC where it operated as a restaurant.

6. Upon information and belief, defendant YBM Construction, Inc. (hereinafter "YBM") is a corporation duly organized under the State of Maryland and with a principal place of business located at 6121 University Blvd. West, Silver Spring, Maryland 20902, and is further licensed to do business in the District of Columbia, with a registered agent address in the District of Columbia located at #3 Washington Circle N.W., Washington, D.C. 20037.

**STATEMENT OF THE FACTS**

7. Plaintiffs incorporate the allegations set forth in all preceding paragraphs as if set forth at length herein.

8. Travelers issued an insurance policy, number 680-980H2794-TCT-04, for the period of December 10, 2004 to December 10, 2005 insuring the real and personal property of Jenifer Place.

9. Travelers II issued an insurance policy, number I-660-9835A979 for the period of May 1, 2005 to May 1, 2006 insuring the real and personal property of Chadwick's.

10. In or about 1998, Friendship Dental Care leased space at 5247 Wisconsin Avenue, N.W., Washington, D.C., and contracted with YBM to construct certain improvements in the leased space (hereinafter "leased space").

11. As part of its work, YBM specified, selected and/or installed an un-vented exhaust fan in a utility room within the leased space.

12. On or about May 22, 2005, a fire began in the utility room of space occupied by Friendship Dental Care.

13. Said fire then spread to, and did damage to, the neighboring businesses of Friendship Dental Care, specifically Plaintiffs' insureds, Jenifer Place and Chadwick's.

14. The improper specification, selection and/or installation of the un-vented exhaust fan system by YBM was the cause, proximate cause and/or aggravating factor of the fire itself, and/or its subsequent spread to the premises of Jenifer Place and Chadwick's.

15. As a result of the fire, Travelers has paid a claim amount in excess of $125,000.00 to its insured, and Travelers II has paid a claim amount in excess of $10,000.00 to their insured, and, by operation of law and/or the terms of the policies, they are subrogated to all payments made or to be made for the damages.

### COUNT I-NEGLIGENCE
### Travelers v. YBM Construction. Inc.

16. Plaintiff Travelers incorporates by reference the allegations set forth in the foregoing paragraphs as though same were fully set forth at length herein.

17. At all times relevant hereto, YBM acted by and through its agents, servants, employees and sub-contractors, each of whom was working in the course and scope of his or her employment and was in the scope of his or her authority, subject to the control, direction of, and for the benefit of YBM.

18. The damages suffered by Plaintiff's insured were caused by and resulted from the negligent, reckless and careless acts and/or omissions of YBM, its agents, servants, representatives, sub-contractors, sub-agents, workmen and/or employees acting in the course and scope of their authority and employment. Said acts and/or omissions consisted of:

   a. failing to properly and adequately supervise and/or monitor the design and installation of the fan to ensure that it was done in a good and workmanlike manner;

   b. failing to cause the fan design and installation to be performed in a workmanlike manner;

   c. failing to properly design and install a fan that avoided the risk of fire;

   d. failing to properly specify, design and install the fan;

   e. failing to recognize, perceive or warn of the risk of installing an un-vented fan in a confined space;

   f. failing to warn of the risk of fire presented by the fan; and

   g. failing to design and install a fan that was capable of existing and performing in high temperature space.

19. As a direct and proximate result of YBM breaching its duty of care, as detailed above, Plaintiff's insured suffered damage to their real and personal property and business interests.

## COUNT II-NEGLIGENCE
### Travelers II v. YBM Construction, Inc.

20. Plaintiff Travelers II incorporates by reference the allegations set forth in the foregoing paragraphs as though same were fully set forth at length herein.

WHEREFORE, plaintiff, The Travelers Indemnity Company of Connecticut a/s/o Jenifer Place Condominium Association and Jenifer Place Unit Owners Association hereby demands judgment in its favor and damages in an amount in excess of $125,000.00 plus pre-judgment interest, post judgment interest, costs and such other relief as the Court deems appropriate; and,

further, plaintiff The Travelers Indemnity Company a/s/o JHM, LLC d/b/a Chadwick's at Friendship Heights, hereby demands judgment in its favor and damages in an amount in excess of $10,000.00 plus pre-judgment interest, post judgment interest, costs and such other relief as the Court deems appropriate. Plaintiffs further request that this matter be set for a trial before a jury.

## SUPPLEMENTAL COMPLAINT

21.     On May 31, 2007, YBM filed a third party complaint against third party defendants Emcon, LLC ("EMCON") and Kwang Soo Kim d/b/a Kim's Electric Co. ("KIM").

22..    In its third party complaint, YBM alleges that the damages described in Plaintiffs' original Complaint were caused by the negligence of EMCON and/or KIM.

23.     Upon information and belief, YBM alleges that EMCON and/or KIM was negligent in the selection, installation and venting of an exhaust fan, and that the third party defendants otherwise caused and/or contributed to the occurrence that is the subject of Plaintiff's Complaint.

24.     If the allegations set forth in YBM's third party complaint are true, then EMCON and/or KIM are liable to Plaintiffs for the damage caused by the fire.

WHEREFORE, plaintiff The Travelers Indemnity Company of Connecticut a/s/o Jenifer Place Condominium Association and Jenifer Place Unit Owners Association demands judgment in its favor and against Emcon, LLC and Kwang Soo Kim d/b/a Kim's Electric Co. in an amount in excess of $125,000 plus pre-judgment interest, post judgment interest, costs and such other relief as the Court deems appropriate; and, further The Travelers Indemnity Company a/s/o LHM, LLC d/b/a Chadwick's at Friendship Heights demands judgment in its favor and against

Emcon, LLC and Kwang Soo Kim d/b/a Kim's Electric Co. in an amount in excess of $10,000 plus pre-judgment interest, post judgment interest, costs and such other relief as the Court deems appropriate.

                Respectfully Submitted,

                THE TRAVELERS INDEMNITY
                COMPANY OF CONNECTICUT a/s/o
                JENIFER PLACE CONDOMINIUM
                ASSOCIATION and JENIFER PLACE
                UNIT OWNERS ASSOCIATION

                And

                THE TRAVELERS INDEMNITY
                COMPANY a/s/o JHM, LLC d/b/a
                CHADWICK'S AT FRIENDSHIP
                HEIGHTS

           By: */s/ Ron L. Pingitore*
                Ron L. Pingitore, Esq.
                White and Williams LLP
                1800 One Liberty Place
                Philadelphia, PA 19103
                215-864-6324

# EXHIBIT B

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY )<br>OF CONNECTICUT a/s/o JENIFER PLACE )<br>CONDOMINIUM ASSOCIATION and JENIFER )<br>PLACE UNIT OWNERS ASSOCIATION, et al. ) | **COMPLAINT** |
| ) | |
| Plaintiffs, ) | **CIVIL DIVISION** |
| ) | |
| v. ) | |
| ) | **C.A. No. 06-1749** |
| YBM CONSTRUCTION, INC., et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**FIRST AMENDED COMPLAINT**

1. Plaintiffs The Travelers Indemnity Company of Connecticut a/s/o Jenifer Place Condominium Association and Jenifer Place Unit Owners Association and The Travelers Indemnity Company a/s/o JHM, LLC d/b/a Chadwick's at Friendship Heights, by and through their attorneys, hereby demand judgment against defendant YBM Construction, Inc., and in support thereof allege as follows:

**PARTIES**

2. Plaintiff, The Travelers Indemnity Company of Connecticut a/s/o Jenifer Place Condominium Association and Jenifer Place Unit Owners Association (hereinafter "Travelers"), is a corporation organized and existing under the laws of the State of Connecticut engaged in the insurance business, with a principal place of business located at One Tower Square, Hartford, Connecticut 06183.

3. Jenifer Place Condominium Association and Jenifer Place Unit Owners Association (hereinafter collectively "Jenifer Place") are associations organized and existing

under the laws of the District of Columbia and own/operate/manage real and personal property located at 5247 Wisconsin Avenue, N.W., Washington, D.C.

4. Plaintiff The Travelers Indemnity Company a/s/o JHM, LLC d/b/a Chadwick's Friendship Heights (hereinafter "Travelers II"), is a corporation organized and existing under the laws of the State of Connecticut engaged in the insurance business, with a principal place of business located at One Tower Square, Hartford, Connecticut. 06183

5. JHM, LLC d/b/a Chadwick's Friendship Heights ("Chadwick's") is a business organized and existing under the laws of the District of Columbia and, at all times relevant hereto, leased space at 5247 Wisconsin Avenue, N.W., Washington, DC where it operated as a restaurant.

6. Upon information and belief, defendant YBM Construction, Inc. (hereinafter "YBM") is a corporation duly organized under the State of Maryland and with a principal place of business located at 6121 University Blvd. West, Silver Spring, Maryland 20902, and is further licensed to do business in the District of Columbia, with a registered agent address in the District of Columbia located at #3 Washington Circle N.W., Washington, D.C. 20037.

## STATEMENT OF THE FACTS

7. Plaintiffs incorporate the allegations set forth in all preceding paragraphs as if set forth at length herein.

8. Travelers issued an insurance policy, number 680-980H2794-TCT-04, for the period of December 10, 2004 to December 10, 2005 insuring the real and personal property of Jenifer Place.

9. Travelers II issued an insurance policy, number I-660-9835A979 for the period of May 1, 2005 to May 1, 2006 insuring the real and personal property of Chadwick's.

10. In or about 1998, Friendship Dental Care leased space at 5247 Wisconsin Avenue, N.W., Washington, D.C., and contracted with YBM to construct certain improvements in the leased space (hereinafter "leased space").

11. As part of its work, YBM specified, selected and/or installed an un-vented exhaust fan in a utility room within the leased space.

12. On or about May 22, 2005, a fire began in the utility room of space occupied by Friendship Dental Care.

13. Said fire then spread to, and did damage to, the neighboring businesses of Friendship Dental Care, specifically Plaintiffs' insureds, Jenifer Place and Chadwick's.

14. The improper specification, selection and/or installation of the un-vented exhaust fan system by YBM was the cause, proximate cause and/or aggravating factor of the fire itself, and/or its subsequent spread to the premises of Jenifer Place and Chadwick's.

15. As a result of the fire, Travelers has paid a claim amount in excess of $125,000.00 to its insured, and Travelers II has paid a claim amount in excess of $10,000.00 to their insured, and, by operation of law and/or the terms of the policies, they are subrogated to all payments made or to be made for the damages.

## COUNT I-NEGLIGENCE
### Travelers v. YBM Construction. Inc.

16. Plaintiff Travelers incorporates by reference the allegations set forth in the foregoing paragraphs as though same were fully set forth at length herein.

17. At all times relevant hereto, YBM acted by and through its agents, servants, employees and sub-contractors, each of whom was working in the course and scope of his or her employment and was in the scope of his or her authority, subject to the control, direction of, and for the benefit of YBM.

18. The damages suffered by Plaintiff's insured were caused by and resulted from the negligent, reckless and careless acts and/or omissions of YBM, its agents, servants, representatives, sub-contractors, sub-agents, workmen and/or employees acting in the course and scope of their authority and employment. Said acts and/or omissions consisted of:

    a. failing to properly and adequately supervise and/or monitor the design and installation of the fan to ensure that it was done in a good and workmanlike manner;

    b. failing to cause the fan design and installation to be performed in a workmanlike manner;

    c. failing to properly design and install a fan that avoided the risk of fire;

    d. failing to properly specify, design and install the fan;

    e. failing to recognize, perceive or warn of the risk of installing an un-vented fan in a confined space;

    f. failing to warn of the risk of fire presented by the fan; and

    g. failing to design and install a fan that was capable of existing and performing in high temperature space.

19. As a direct and proximate result of YBM breaching its duty of care, as detailed above, Plaintiff's insured suffered damage to their real and personal property and business interests.

## COUNT II-NEGLIGENCE
### Travelers II v. YBM Construction, Inc.

20. Plaintiff Travelers II incorporates by reference the allegations set forth in the foregoing paragraphs as though same were fully set forth at length herein.

WHEREFORE, plaintiff, The Travelers Indemnity Company of Connecticut a/s/o Jenifer Place Condominium Association and Jenifer Place Unit Owners Association hereby demands judgment in its favor and damages in an amount in excess of $125,000.00 plus pre-judgment interest, post judgment interest, costs and such other relief as the Court deems appropriate; and,

further, plaintiff The Travelers Indemnity Company a/s/o JHM, LLC d/b/a Chadwick's at Friendship Heights, hereby demands judgment in its favor and damages in an amount in excess of $10,000.00 plus pre-judgment interest, post judgment interest, costs and such other relief as the Court deems appropriate. Plaintiffs further request that this matter be set for a trial before a jury.

## SUPPLEMENTAL COMPLAINT

21. On May 31, 2007, YBM filed a third party complaint against third party defendants Emcon, LLC ("EMCON") and Kwang Soo Kim d/b/a Kim's Electric Co. ("KIM").

22.. In its third party complaint, YBM alleges that the damages described in Plaintiffs' original Complaint were caused by the negligence of EMCON and/or KIM.

23. Upon information and belief, YBM alleges that EMCON and/or KIM was negligent in the selection, installation and venting of an exhaust fan, and that the third party defendants otherwise caused and/or contributed to the occurrence that is the subject of Plaintiff's Complaint.

24. If the allegations set forth in YBM's third party complaint are true, then EMCON and/or KIM are liable to Plaintiffs for the damage caused by the fire.

WHEREFORE, plaintiff The Travelers Indemnity Company of Connecticut a/s/o Jenifer Place Condominium Association and Jenifer Place Unit Owners Association demands judgment in its favor and against Emcon, LLC and Kwang Soo Kim d/b/a Kim's Electric Co. in an amount in excess of $125,000 plus pre-judgment interest, post judgment interest, costs and such other relief as the Court deems appropriate; and, further The Travelers Indemnity Company a/s/o LHM, LLC d/b/a Chadwick's at Friendship Heights demands judgment in its favor and against

Emcon, LLC and Kwang Soo Kim d/b/a Kim's Electric Co. in an amount in excess of $10,000 plus pre-judgment interest, post judgment interest, costs and such other relief as the Court deems appropriate.

Respectfully Submitted,

THE TRAVELERS INDEMNITY
COMPANY OF CONNECTICUT a/s/o
JENIFER PLACE CONDOMINIUM
ASSOCIATION and JENIFER PLACE
UNIT OWNERS ASSOCIATION

And

THE TRAVELERS INDEMNITY
COMPANY a/s/o JHM, LLC d/b/a
CHADWICK'S AT FRIENDSHIP
HEIGHTS

By: /s/ *Ron L. Pingitore*
    Ron L. Pingitore, Esq.
    White and Williams LLP
    1800 One Liberty Place
    Philadelphia, PA 19103
    215-864-6324
