UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIE INSURANCE EXCHANGE, et al. | : |
| | : |
| Plaintiffs | : |
| | : |
| v. | : Case No. 1:06-cv-1749 (RMC) |
| | : |
| YBM CONSTRUCTION, INC. | : |
| | : |
| Defendant. | : |

**PLAINTIFFS' MOTION TO ENLARGE TIME TO FILE
MOTION FOR LEAVE TO FILE AMENDED/SUPPLEMENTAL COMPLAINT
WITH CONSENT OF DEFENDANT YBM AND THIRD-PARTY DEFENDANT
KWANG SOO KIM[1]**

COMES NOW the Plaintiff, Erie Insurance Exchange as subrogee of Friendship Dental Care PLLC, by and through their attorneys, McCarthy, Wilson LLP and Edward J. Brown, and pursuant to Rules §§ 6 and 15(a) of the Federal Rules of Civil Procedure, files this Motion to Enlarge Time to File Motion for Leave to File Amended/Supplemental Complaint, and in support thereof state as follows:

1. That the above-captioned case arises out of a fire that occurred on or about May 22, 2005, at Suite A3 at 5247 Wisconsin Avenue, N.W., Washington, D.C. 20152;

2. That as a result of the aforesaid accident, two lawsuits were filed in this Court, Civil Action No. 1:07-cv-01146 RBW and 1:06-cv-1749.  The Court granted a Motion to Consolidate on or about January 14, 2008, and ordered that the cases proceed under case number 1:06-cv-1749;

---

[1] Pursuant to LCvR 7(m), Plaintiff contacted counsel for all parties to inform them of Plaintiff's intent to file this Motion and to seek their consent regarding same.  As of the filing of this Motion, Plaintiff had not yet received word from counsel for Emcon.

3. That Defendant YBM filed a Third Party Complaint against Kwang Soo Kim d/b/a Kim's Electric Co. and Emcon, LLC (in both actions) based upon allegations that those parties caused and/or contributed to the occurrence;

4. That Plaintiff Travelers has filed a timely Motion to Amend its Complaint to assert a direct action against each of the Third Party Defendants;

5. That Plaintiff Erie seeks an extension of time to also seek leave to file a First Amended Complaint so it can also assert direct claims against Third Party Defendants Kwang Soo Kim d/b/a Kim's Electric Co. and Emcon, LLC;

6. That the extension of time is necessary, as Plaintiff inadvertently missed the deadline for filing amended pleadings (January 31, 2008), as set forth in the December 20, 2007 Scheduling Order, which was issued in 1:06-cv-1749 before the cases were consolidated, but which was incorporated as the deadline for Erie as well when the cases were consolidated;

7. That no party to this action will be prejudiced by granting the relief sought, as the consolidated actions are still in the early stages, discovery is just commencing, no new parties are being added, and a timely Motion to Amend, filed by Co-Plaintiff Travelers, is already pending;

8. That pursuant to Rule § 15(a) of the Federal Rules of Civil Procedure, a party may amend its pleadings by leave of court, and leave should be given freely as justice so requires;

9. Leave to amend is within the sound discretion of the trial court, and such motions are generally viewed liberally. Pursuant to *Johnson v. Oroweat Foods Co.*, 785

F.2d 503, 509 (4th Cir. 1986), a motion to amend "should be denied only when the amendment would be prejudicial to the opposing party, there has been bad faith on the part of the moving party, or the amendment would be futile.";

    10.    That Plaintiffs, based upon the allegations in the Third Party Complaint, have a good faith basis for asserting direct claims against the Third Party Defendants;

WHEREFORE, the Plaintiff respectfully prays that this Court grant its Motion to Enlarge Time to File Motion for Leave to File Amended/Supplemental Complaint.

    Respectfully submitted,

    McCARTHY WILSON LLP

    /s/
    Edward J. Brown, Esquire #414365
    100 South Washington Street
    Rockville, Maryland  20850
    (301) 762-7770
    browne@mcwilson.com
    *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing ***Motion to Enlarge Time to File Motion for Leave to File Amended/Supplemental Complaint*** was electronically sent on this 4th day of February, 2008, to:

    Matthew T. Angotti, Esquire
    Rachel Lynn Stewart, Esquire
    Anderson, Coe & King, LLP
    201 North Charles Street
    Suite 2000
    Baltimore, Maryland 21202

    Ron L. Pingitore, Esquire
    White & Williams LLP
    1800 One Liberty Place
    Philadelphia, PA 19103

Patricia M. Thornton, Esquire
Bacon, Thornton & Palmer, LLP
6411 Ivy Lane, Suite 706
Greenbelt, Maryland 20770

Allan Ames Noble, Esquire
BUDOW & NOBLE, P.C.
7315 Wisconsin Avenue
Suite 500 West, Air Rights Building
Bethesda, Maryland 20814

                                                        /s/
                                        Edward J. Brown

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIE INSURANCE EXCHANGE, et al. | : |
| | : |
| Plaintiffs | : |
| | : |
| v. | : Case No. 1:06-cv-1749 (RMC) |
| | : |
| YBM CONSTRUCTION, INC. | : |
| | : |
| Defendant. | : |

## ORDER

UPON CONSIDERATION of Plaintiff Erie Insurance Exchange's Motion to Enlarge Time to File Motion for Leave to File Amended/Supplemental Complaint, good cause having been shown, it is this ____ day of _____ 2009, by the United States District Court for the District of Columbia, hereby

ORDERED, that Plaintiff Erie Insurance Exchange's Motion to Enlarge Time to File Motion for Leave to File Amended/Supplemental Complaint be and the same is hereby GRANTED.

_____
JUDGE for the United States District
Court of the District of Columbia