# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

THE TRAVELERS INDEMNITY COMPANY )
OF CONNECTICUT a/s/o JENIFER PLACE )
CONDOMINIUM ASSOCIATION and JENIFER )
PLACE UNIT OWNERS ASSOCIATION, et al. )        **COMPLAINT**
)
              Plaintiffs,        )        **CIVIL DIVISION**
)
    v.                        )
)        **C.A. No. 06-1749**
YBM CONSTRUCTION, INC., et al.        )
)
             Defendants.        )
)
_____ )

## FIRST AMENDED COMPLAINT

    1.    Plaintiffs The Travelers Indemnity Company of Connecticut a/s/o Jenifer Place

Condominium Association and Jenifer Place Unit Owners Association and The Travelers

Indemnity Company a/s/o JHM, LLC d/b/a Chadwick's at Friendship Heights, by and through

their attorneys, hereby demand judgment against defendant YBM Construction, Inc., and in

support thereof allege as follows:

## PARTIES

    2.    Plaintiff, The Travelers Indemnity Company of Connecticut a/s/o Jenifer Place

Condominium Association and Jenifer Place Unit Owners Association (hereinafter "Travelers"),

is a corporation organized and existing under the laws of the State of Connecticut engaged in the

insurance business, with a principal place of business located at One Tower Square, Hartford,

Connecticut 06183.

    3.    Jenifer Place Condominium Association and Jenifer Place Unit Owners

Association (hereinafter collectively "Jenifer Place") are associations organized and existing

under the laws of the District of Columbia and own/operate/manage real and personal property located at 5247 Wisconsin Avenue, N.W., Washington, D.C.

4.      Plaintiff The Travelers Indemnity Company a/s/o JHM, LLC d/b/a Chadwick's Friendship Heights (hereinafter "Travelers II"), is a corporation organized and existing under the laws of the State of Connecticut engaged in the insurance business, with a principal place of business located at One Tower Square, Hartford, Connecticut. 06183

5.      JHM, LLC d/b/a Chadwick's Friendship Heights ("Chadwick's") is a business organized and existing under the laws of the District of Columbia and, at all times relevant hereto, leased space at 5247 Wisconsin Avenue, N.W., Washington, DC where it operated as a restaurant.

6.      Upon information and belief, defendant YBM Construction, Inc. (hereinafter "YBM") is a corporation duly organized under the State of Maryland and with a principal place of business located at 6121 University Blvd. West, Silver Spring, Maryland 20902, and is further licensed to do business in the District of Columbia, with a registered agent address in the District of Columbia located at #3 Washington Circle N.W., Washington, D.C. 20037.

## STATEMENT OF THE FACTS

7.      Plaintiffs incorporate the allegations set forth in all preceding paragraphs as if set forth at length herein.

8.      Travelers issued an insurance policy, number 680-980H2794-TCT-04, for the period of December 10, 2004 to December 10, 2005 insuring the real and personal property of Jenifer Place.

9.      Travelers II issued an insurance policy, number I-660-9835A979 for the period of May 1, 2005 to May 1, 2006 insuring the real and personal property of Chadwick's.

-2-

10.     In or about 1998, Friendship Dental Care leased space at 5247 Wisconsin Avenue, N.W., Washington, D.C., and contracted with YBM to construct certain improvements in the leased space (hereinafter "leased space").

11.     As part of its work, YBM specified, selected and/or installed an un-vented exhaust fan in a utility room within the leased space.

12.     On or about May 22, 2005, a fire began in the utility room of space occupied by Friendship Dental Care.

13.     Said fire then spread to, and did damage to, the neighboring businesses of Friendship Dental Care, specifically Plaintiffs' insureds, Jenifer Place and Chadwick's.

14.     The improper specification, selection and/or installation of the un-vented exhaust fan system by YBM was the cause, proximate cause and/or aggravating factor of the fire itself, and/or its subsequent spread to the premises of Jenifer Place and Chadwick's.

15.     As a result of the fire, Travelers has paid a claim amount in excess of $125,000.00 to its insured, and Travelers II has paid a claim amount in excess of $10,000.00 to their insured, and, by operation of law and/or the terms of the policies, they are subrogated to all payments made or to be made for the damages.

### COUNT I-NEGLIGENCE
### Travelers v. YBM Construction. Inc.

16.     Plaintiff Travelers incorporates by reference the allegations set forth in the foregoing paragraphs as though same were fully set forth at length herein.

17.     At all times relevant hereto, YBM acted by and through its agents, servants, employees and sub-contractors, each of whom was working in the course and scope of his or her employment and was in the scope of his or her authority, subject to the control, direction of, and for the benefit of YBM.

-3-

18.     The damages suffered by Plaintiff's insured were caused by and resulted from the negligent, reckless and careless acts and/or omissions of YBM, its agents, servants, representatives, sub-contractors, sub-agents, workmen and/or employees acting in the course and scope of their authority and employment. Said acts and/or omissions consisted of:

    a.    failing to properly and adequately supervise and/or monitor the design and installation of the fan to ensure that it was done in a good and workmanlike manner;

    b.    failing to cause the fan design and installation to be performed in a workmanlike manner,

    c.    failing to properly design and install a fan that avoided the risk of fire;

    d.    failing to properly specify, design and install the fan;

    e.    failing to recognize, perceive or warn of the risk of installing an un-vented fan in a confined space;

    f.    failing to warn of the risk of fire presented by the fan; and

    g.    failing to design and install a fan that was capable of existing and performing in high temperature space.

19.     As a direct and proximate result of YBM breaching its duty of care, as detailed above, Plaintiff's insured suffered damage to their real and personal property and business interests.

## COUNT II-NEGLIGENCE
### Travelers II v. YBM Construction, Inc.

20.     Plaintiff Travelers II incorporates by reference the allegations set forth in the foregoing paragraphs as though same were fully set forth at length herein.

WHEREFORE, plaintiff, The Travelers Indemnity Company of Connecticut a/s/o Jenifer Place Condominium Association and Jenifer Place Unit Owners Association hereby demands judgment in its favor and damages in an amount in excess of $125,000.00 plus pre-judgment interest, post judgment interest, costs and such other relief as the Court deems appropriate; and,

-4-

further, plaintiff The Travelers Indemnity Company a/s/o JHM, LLC d/b/a Chadwick's at Friendship Heights, hereby demands judgment in its favor and damages in an amount in excess of $10,000.00 plus pre-judgment interest, post judgment interest, costs and such other relief as the Court deems appropriate. Plaintiffs further request that this matter be set for a trial before a jury.

## SUPPLEMENTAL COMPLAINT

21.     On May 31, 2007, YBM filed a third party complaint against third party defendants Emcon, LLC ("EMCON") and Kwang Soo Kim d/b/a Kim's Electric Co. ("KIM").

22..    In its third party complaint, YBM alleges that the damages described in Plaintiffs' original Complaint were caused by the negligence of EMCON and/or KIM.

23.     Upon information and belief, YBM alleges that EMCON and/or KIM was negligent in the selection, installation and venting of an exhaust fan, and that the third party defendants otherwise caused and/or contributed to the occurrence that is the subject of Plaintiff's Complaint.

24.     If the allegations set forth in YBM's third party complaint are true, then EMCON and/or KIM are liable to Plaintiffs for the damage caused by the fire.

WHEREFORE, plaintiff The Travelers Indemnity Company of Connecticut a/s/o Jenifer Place Condominium Association and Jenifer Place Unit Owners Association demands judgment in its favor and against Emcon, LLC and Kwang Soo Kim d/b/a Kim's Electric Co. in an amount in excess of $125,000 plus pre-judgment interest, post judgment interest, costs and such other relief as the Court deems appropriate; and, further The Travelers Indemnity Company a/s/o LHM, LLC d/b/a Chadwick's at Friendship Heights demands judgment in its favor and against

-5-

Emcon, LLC and Kwang Soo Kim d/b/a Kim's Electric Co. in an amount in excess of $10,000 plus pre-judgment interest, post judgment interest, costs and such other relief as the Court deems appropriate.

Respectfully Submitted,

THE TRAVELERS INDEMNITY
COMPANY OF CONNECTICUT a/s/o
JENIFER PLACE CONDOMINIUM
ASSOCIATION and JENIFER PLACE
UNIT OWNERS ASSOCIATION

And

THE TRAVELERS INDEMNITY
COMPANY a/s/o JHM, LLC d/b/a
CHADWICK'S AT FRIENDSHIP
HEIGHTS

By: */s/ Ron L. Pingitore*
    Ron L. Pingitore, Esq.
    White and Williams LLP
    1800 One Liberty Place
    Philadelphia, PA 19103
    215-864-6324