## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

THE TRAVELERS INDEMNITY COMPANY
OF CONNECTICUT a/s/o JENIFER PLACE
CONDOMINIUM ASSOCIATION and
JENIFER PLACE UNIT OWNERS
ASSOCIATION, et al.

     Plaintiffs

     V.

YBM CONSTRUCTION, INC.               Case No. 1:06-cv-1749 (RMC)

     Defendant/Third-Party Plaintiff

     V.

KWANG SOO KIM d/b/a
KIM'S ELECTRIC CO.

and

EMCON, LLC

     Third-Party Defendants

## ANSWER OF THIRD-PARTY DEFENDANT
## EMCON CONSTRUCTION CORPORATION TO
## YBM CONSTRUCTION, INC.'S AMENDED THIRD-PARTY COMPLAINT

Now comes the Third-Party Defendant, Emcon Construction Corporation, erroneously named as Emcon, LLC, by and through its attorneys, Budow and Noble, P.C., and Allan A. Noble, Esquire, and for its Answer to YBM Construction, Inc.'s Amended Third-Party Complaint states as follows:

## FIRST DEFENSE

That the Amended Third-Party Complaint fails to state any claim upon which relief may be granted.

## SECOND DEFENSE

Answering the specific allegations contained in the Amended Third-Party Complaint by corresponding paragraph number, this Third-Party Defendant states as follows:

1.    It is admitted that Plaintiffs have filed suit as indicated.

2.    It is admitted that the Plaintiffs make the contentions as set forth in paragraph 2 and a copy of the Plaintiffs' Complaint is attached to the Amended Third-Party Complaint.

3.    Denied.

4.    That it is without knowledge as to the allegations contained in paragraph 4, and therefore denies same and demands strict proof thereof.

5.    That it is denied that Emcon was a subcontractor as alleged.  It is without knowledge as to the allegations contained in paragraph 5 as to co-Third-Party Defendant, Kwang Soo Kim d/b/a Kim's Electric Company.

6.    That it is denied that Emcon was negligent and further denies that it selected, installed, and/or was responsible for the venting of an exhaust fan as alleged. It is without knowledge as to whether co-Third-Party Defendant, Kwang Soo Kim d/b/a Kim's Electric Company, performed any of the acts alleged in this paragraph.

-2-

7.    That it admits that Defendant/Third-Party Plaintiff disputes liability and has filed a timely Answer, but denies the remaining allegations contained in paragraph 7.

### THIRD DEFENSE

That any allegations not specifically admitted in this Answer are hereby denied.

### FOURTH DEFENSE

That the fire was caused by other persons over whom this Third-Party Defendant has no control and/or was caused by the sole actions of Defendant/Third-Party Plaintiff, YBM Construction, Inc. and/or co-Third-Party Defendant, Kwang Soo Kim d/b/a Kim's Electric Company.

### FIFTH DEFENSE

That it raises all of the affirmative defenses raised by any Defendant in this case, including but not limited to, contributory negligence, assumption of risk, and/or settlement and/or release.

WHEREFORE, having fully answered the Amended Third-Party Complaint, this Third-Party Defendant prays that the Amended Third-Party Complaint be dismissed with costs.

**BUDOW AND NOBLE, P.C.**

/s/
_____
Allan A. Noble, Bar # 166926
Suite 500 West, Air Rights Center
7315 Wisconsin Avenue
Bethesda, Maryland 20814
(301) 654-0896 telephone

-3-

(301) 907-9591 facsimile
*Counsel for Third-Party Defendant, Emcon Construction Corporation*

## CERTIFICATE REGARDING DISCOVERY

I do hereby certify that a true copy of the foregoing Answer of Third-Party Defendant, Emcon Construction Corporation to YBM Construction, Inc.'s Amended Third-Party Complaint was served this 15th day of February, 2008 via electronic filing to the following:

Ron L. Pingatore, Esquire
White and Williams, LLP
1800 One Liberty Place
Philadelphia, Pennsylvania 19103
*Counsel for Plaintiffs Travelers Indemnity Company of Connecticut, et al.*

Nicholas G. Karambelas, Esquire
Sfikas & Karambelas, LLP
1201 Pennsylvania Avenue, N.W.
Suite 300
Washington, D.C. 20004
*Counsel for Plaintiffs, Travelers Indemnity Company of Connecticut, et al.*

Edward J. Brown, Esquire
McCarthy Wilson, LLP
100 South Washington Street
Rockville, Maryland 20850
*Counsel for Plaintiffs Erie Insurance Exchange, et al.*

Matthew T. Angotti, Esquire
Rachel L. Stewart, Esquire
Anderson, Coe & King, LLP
201 N. Charles Street, Suite 2000
Baltimore, Maryland 21201-4135
*Counsel for Defendant/Third-Party Plaintiff YBM Construction, Inc.*

Patricia M. Thornton, Esquire
Bacon, Thornton & Palmer, LLP
6411 Ivy Lane, Suite 706
Greenbelt, Maryland 20770
*Counsel for Third-Party Defendant Kwang Soo Kim*

/s/

_____
Allan A. Noble, Bar # 166926

J:\CLIENTS\Erie\Emcon, LLC\AnswertoYBM Amended ThirdPartyComplaint(02-14-08).wpd

-4-