**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | | |
|---|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, et al. | * * * | |
| Plaintiffs | * * | Civil Action No. 06-1749 (RMC) (consolidated with 07-1146) |
| v. | * * | |
| YBM CONSTRUCTION, INC. | * * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ANSWER TO AMENDED THIRD-PARTY COMPLAINT**

Comes now the Third-Party Defendant, Kwang Soo Kim d/b/a Kim's Electric Co., by and through their attorneys, Bacon, Thornton & Palmer, L.L.P. and Patricia M. Thornton, and in Answer to the Amended Third-Party Complaint filed by YBM Construction, Inc., they state the following:

**FIRST DEFENSE**

The Amended Third-Party Complaint fails to state a claim upon which relief can be granted against this Defendant.

**SECOND DEFENSE**

Answering the specific allegations contained in the Amended Third-Party Complaint by corresponding paragraph number, this Third-Party Defendant states as follows:

1. It is admitted that Plaintiffs have filed suit as indicated.

2. It is admitted that the Plaintiffs make the contention set forth in paragraph two of the Amended Third-Party Complaint and a copy of the Plaintiff's Complaint is attached.

3. The Third-Party Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph three of the Amended

Third-Party Complaint as it involves another Defendant and therefore denies these allegations, and calls for strict proof thereof.

4. The Third-Party Defendant denies the allegations contained in paragraph four of the Amended Third-Party Complaint.

5. The Third-Party Defendant denies that allegations contained in paragraph five of the Amended Third-Party Complaint.

6. This Third-Party Defendant denies that it was negligent as set forth in paragraph six of the Amended Third-Party Complaint.

7. This Third-Party Defendant admits that the Defendant and Third-Party Plaintiff disputes liability, and that it has filed timely Answers. It denies the remainder of the allegations contained in paragraph seven of the Amended Third-Party Complaint.

### THIRD DEFENSE

Any allegations not specifically admitted in this Answer to the Amended Third-Party Complaint are specifically denied.

### FOURTH DEFENSE

The Third-Party Defendant asserts the intervening and supervening negligence of persons or entities over whom this Third-Part Defendant had no authority or control as proximate cause of any damages set forth in the Amended Third-Party Complaint and the Complaints.

### FIFTH DEFENSE

This Defendant asserts the statute of repose.

### SIXTH DEFENSE

This Defendant asserts the defense of statute of limitations.

**SEVENTH DEFENSE**

This Defendant asserts the defense of contributory negligence on the part of the Plaintiffs as a bar to this action.

**EIGHTH DEFENSE**

This Defendant asserts the defense of assumption of the risk on the part of the Plaintiffs as a bar to this action.

**NINTH DEFENSE**

This Defendant denies that it is responsible for any consequence for defects in the plans and specifications on this project which were prepared by persons or entities other than this Defendant.

**TENTH DEFENSE**

This Defendant denies that it is responsible for electrical wiring which was preexisting, and was not part of the work of this Defendant, and further denies that it is responsible for electrical wiring which was installed subsequent to the work of this Defendant by others.

**ELEVENTH DEFENSE**

The Amended Third-Party Complaint is barred by payment and release.

WHEREFORE, the Third-Party Defendant having fully answered the Amended Third-Party Complaint, the Third-Party Defendant prays that the Amended Third-Party Complaint be dismissed with prejudice with costs to be borne by the Third-Party Plaintiff.

>                               Respectfully submitted,
>                               Bacon, Thornton & Palmer, L.L.P.
>
>                               By: /s/ Patricia M. Thornton
>                                      Patricia M. Thornton
>                                      Capital Office Park
>                                      6411 Ivy Lane, Suite 706
>                                      Greenbelt, MD  20770-1411
>                                      301-345-7001
>                                      Attorney for Defendant Kwang Soo Kim
>                                      d/b/a Kim's Electric Co., et al.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of **February, 2008**, a copy of the foregoing was mailed, postage prepaid, first class to:

Allan Ames Noble, Esquire
7201 Wisconsin Avenue
Suite 600
Bethesda, MD  20814
(Third Party Defendant)

Nicholas G. Karambelas, Esquire
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004-2401

Ron L. Pingatore, Esquire
White & Williams, LLP
1800 One Liberty Place
Philadelphia, PA  19103

Matthew T. Angotti, Esquire
Rachel L. Stewart, Esquire
Anderson, Coe & King, LLP
201 N. Charles Street, Suite 2000
Baltimore, MD  21201-4135
(Attorneys for YBM Construction, Inc.)

Eric S. Wiener, Esquire, # 451794
2009 N. 14th Street, Suite 410
Arlington, VA  22201
(Attorney for Plaintiffs)

Edward J. Brown, Esquire
USDC-DC Bar # 414365
100 South Washington Street
Rockville, MD  20850
(Attorney for Plaintiffs)

                                                /s/ Patricia M. Thornton
                                                Patricia M. Thornton