UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY )<br>OF CONNECTICUT a/s/o JENIFER PLACE )<br>CONDOMINIUM ASSOCIATION and JENIFER )<br>PLACE UNIT OWNERS ASSOCIATION, et al. )<br>                                                           )<br>                    Plaintiffs,             )<br>                                                           )<br>        v.                                              )<br>                                                           )<br>YBM CONSTRUCTION, INC., et al.     )<br>                                                           )<br>                    Defendants.          )<br>                                                           )<br>                                                           ) | C.A. No. 06-1749<br>(consolidated with 07-1146) |

### CERTIFICATE OF DISCOVERY

I HEREBY CERTIFY that on the 30th day of April, 2008, on behalf of all plaintiffs in the above consolidated actions, I served on all counsel hereto the following:

1. By regular mail, expert report, curriculum vitae, list of testimony and publications, as applicable, of Donald Schaal, Jr., CFEI, CVFI, CFII; Kenneth McLauchlan, P.E., CFEI; Robert Simpson, E.E.; and David McDonald.

2. By electronic mail, the expert reports of the aforementioned individuals.

WHITE AND WILLIAMS LLP

BY: s/ Ron L. Pingitore
Ron L. Pingitore, Esq.
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103
215-864-6324

PHLDMS1 4234381v.1

-3-

## CERTIFICATE OF SERVICE

I, Ron L. Pingitore, Esquire, counsel for Plaintiffs in the foregoing action, do hereby certify that a true copy of the foregoing was served this 30th day of April, 2008 by United States first class mail, postage prepaid to the following:

Rachel L. Stewart, Esquire
Anderson, Coe & King, LLP
201 N. Charles Street, Suite 2000
Baltimore, MD  21201-4135

Patricia M. Thornton, Esquire
Bacon, Thornton & Palmer, LLP
6411 Ivy Lane
Suite 706
Greenbelt, MD  20770

Allan A. Noble, Esquire
Bud and Noble, P.C.
Suite 500 West, Air Rights Center
7315 Wisconsin Avenue
Bethesda, MD 20814

Ed Brown, Esquire
Law Offices of Edward J. Brown, LLC
3290 N. Ridge Road
Suite 210
Ellicott City, MD  21043

*s/ Ron L. Pingitore*
Ron L. Pingitore, Esquire