IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT a/s/o JENIFER PLACE CONDOMINIUM ASSOCIATION and JENIFER PLACE UNIT OWNERS ASSOCIATION, et al.<br><br>    Plaintiffs<br><br>    V.<br><br>YBM CONSTRUCTION, INC.<br><br>    Defendant/Third-Party Plaintiff | Case No. 1:06-cv-1749 |
| V.<br><br>KWANG SOO KIM d/b/a<br>KIM'S ELECTRIC CO.<br><br>and<br><br>EMCON, LLC<br><br>    Third-Party Defendants | |

**THIRD-PARTY DEFENDANT, EMCON CONSTRUCTION CORPORATION'S RULE 26(A)(2) DISCLOSURES**

    Now comes the Defendant, Emcon Construction Corporation, LLC, and hereby designates the following experts in accordance with the Court's Scheduling Order:

    1.    Any experts designated by co-Defendants.

    2.    Ghassem Ebrahimi
           Emcon Construction Corporation
           702 Ninovan Road, S.E.
           Vienna, Virginia 22180-5849

Ghassem Ebrahimi is an expert in the field of heating, ventilating, and air conditioning contracting (HVAC).  Ghassem Ebrahimi is an experienced HVAC contractor and bases his opinions on his education, training, and experience in HVAC contracting.  Although Mr. Ebrahimi has no independent recollection of doing any HVAC contracting work at the job in question, if in fact work was done, then it is his opinion within a reasonable degree of HVAC contracting certainty that Emcon would have followed the instructions and directions of the general contractor, YBM Construction, Inc., followed all applicable plans and specifications of the architect or planner, and performed any work in accordance with generally accepted HVAC contracting standards.

**BUDOW AND NOBLE, P.C.**

/s/ Allan A. Noble, Esq.
Allan A. Noble, Bar # 166926
Suite 500 West, Air Rights Center
7315 Wisconsin Avenue
Bethesda, Maryland 20814
(301) 654-0896 telephone
(301) 907-9591 facsimile
*Counsel for Third-Party Defendant, Emcon*

## CERTIFICATE OF SERVICE

I do hereby certify that a true copy of the foregoing Third-Party Defendant, Emcon Construction Corporation's Rule 26(a)(2) Disclosures was served this 13th day of June, 2008 by electronic filing to the following:

Ron L. Pingatore, Esquire
White and Williams, LLP
1800 One Liberty Place
Philadelphia, Pennsylvania 19103
*Counsel for Plaintiffs*

Nicholas G. Karambelas, Esquire
Sfikas & Karambelas, LLP
1201 Pennsylvania Avenue, N.W.
Suite 300
Washington, D.C. 20004
*Counsel for Plaintiffs*

Edward J. Brown, Esquire
McCarthy Wilson, LLP
100 South Washington Street
Rockville, Maryland 20850
*Counsel for Plaintiffs Erie Insurance Exchange, et al.*

Matthew T. Angotti, Esquire
Rachel L. Stewart, Esquire
Anderson, Coe & King, LLP
201 N. Charles Street
Suite 2000
Baltimore, Maryland 21201-4135
*Counsel for Defendant/Third-Party Plaintiff YBM Construction, Inc.*

Patricia M. Thornton, Esquire
Bacon, Thornton & Palmer, LLP
6411 Ivy Lane
Suite 706
Greenbelt, Maryland 20770
*Counsel for Third-Party Defendant Kwang Soo Kim*

/s/ Allan A. Noble, Esq.
Allan A. Noble, Bar # 166926