IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, et al. | * * * | |
| Plaintiffs | * * | Civil Action No. 06-1749 (RMC) (consolidated with 07-1146) |
| v. | * * | |
| YBM CONSTRUCTION, INC. | * * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT AND THIRD-PARTY DEFENDANT KWAN SOO KIM d//b/a KIM'S ELECTRIC COMPANY'S RULE 26 (a)(2) DISCLOSURE**

Comes now the Defendant and Third-Party Defendant, Kwan Soo Kim d/b/a Kim's Electric. Co., by and through their counsel Bacon, Thornton & Palmer, L.L.P. and Patricia M. Thornton, and they hereby designate the following experts in accordance with this Court's Scheduling Order:

1. This Defendant and Third-Party Defendant reserve the right to call any experts listed by any other party to this litigation.

2. Mr. Dale Benedick
   EFI
   4515 Daley Drive
   Chantilly, VA  20151

Mr. Benedick has been retained as an expert in the field of electrical engineering. He is a licensed professional engineer. Mr. Benedick's curriculum vitae is attached as **Exhibit 1.** Mr. Benedick has reviewed the materials received from the various parties, and has prepared the attached Engineering Investigation and Preliminary Report (Attached as **Exhibit 2**). The report contains Mr. Benedick's preliminary findings and opinions. Mr. Benedick may

supplement this report with further opinions, after full discovery has been received from the other parties to this litigation, and the parties who are retaining evidence, give Mr. Benedick the opportunity to inspect this evidence.

3. Defendant and Third-Party Defendant Kwan Soo Kim d/b/a Kim's Electric. Co. reserves the right to supplement this Rule 26 (a)(2) Disclosure in the future.

                          Respectfully submitted,
                          Bacon, Thornton & Palmer, L.L.P.

                          By: /s/ Patricia M. Thornton
                               Patricia M. Thornton
                               Capital Office Park
                               6411 Ivy Lane, Suite 706
                               Greenbelt, MD  20770-1411
                               301-345-7001
                               Attorney for Third-Party Defendant
                               Kwang Soo Kim d/b/a Kim's Electric Co.,
                               et al.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of **June, 2008**, a copy of the foregoing was mailed, postage prepaid, first class to:

Allan Ames Noble, Esquire
7201 Wisconsin Avenue
Suite 600
Bethesda, MD 20814
(Third-Party Defendant, Emcon)

Ron L. Pingatore, Esquire
White & Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19103
(Counsel for Plaintiffs)

Matthew T. Angotti, Esquire
Rachel L. Stewart, Esquire
Anderson, Coe & King, LLP
201 N. Charles Street, Suite 2000
Baltimore, MD 21201-4135
(Counsel for Defendant/Third-Party Plaintiff YBM Construction, Inc.)

Edward J. Brown, Esquire
USDC-DC Bar # 414365
The Law Office of Edward J. Brown, LLC
3290 N. Ridge Road
Suite 210
Ellicott City, MD 21043
(Attorney for Plaintiffs)

/s/ Patricia M. Thornton
Patricia M. Thornton

| | |
|---|---|
| 4515 Daly Drive, Suite M | Telephone: |
| Chantilly, Virginia 20151 | 703/802-9771 |
| | 800/358-9770 |

DALE R. BENEDICK, P.E.

Consulting Engineer, Electrical
EFI Global, Inc.

PROFESSIONAL SUMMARY

*   Bachelor of Science Degree in Electrical Engineering.

*   Licensed Professional Engineer.

*   Over thirty years of diversified experience in the design, manufacture and analysis of electrical systems.

*   Primary Areas of Consultations:
    Power distribution systems
    Commercial, industrial and domestic wiring
    Instrumentation and Controls
    Industrial Automation
    National Electrical Code

PROFESSIONAL EXPERIENCE

1994-Present   EFI Global, Inc. (formerly Engineering and Fire Investigations)
Washington, DC, Branch, Chantilly, Virginia
Consulting Engineer
Evaluation of electrical failures in system construction, component design, equipment and apparatus. Consults on fires, electrocutions and lightning strikes.

1988-1994   ELECTRONIC INSTRUMENTATION AND TECHNOLOGY, INC.
Sterling, Virginia
Vice President, Technology
Established a professional engineering staff for a manufacturer of electronic instrumentation modules to pursue future product development. Responsible for keeping the company current in the latest electronic developments, training the contract manufacturing staff to accommodate this latest technology and directing the engineering staff in the development of new products. Developed a material identification system to improve inventory flow control. Reviewed and recommended corrective action in the infrastructure of the company to decrease inventory levels.

Resume of: Dale R. Benedick, P.E.                -2-

| | |
|---|---|
| 1974-1988 | **HONEYWELL, INC., INDUSTRIAL PROGRAMMABLE CONTROL DIVISION**<br>York, Pennsylvania<br><u>System Engineering Manager</u><br>Participated in integrating ISSC into the Honeywell organization while assisting the marketing department in investigating customer needs in plant automation. Lead the development of a self learning system used to identify exact location of machine failures based on a knowledge base learned during initial machine design. Designed and developed the company's IPC 300 family of Industrial Programmable Control Systems used for controlling a wide range of industrial machinery. Designed the architecture for a completely new third generation programmable controller product line. Coordinated and directed the technical design efforts of 16 engineers in the detailed design and development of the IPC 620 Programmable Controller System and the IPC 623 Loader/Monitor. |
| 1973-1974 | **ENSCO, INC.**<br>Springfield, Virginia<br><u>Research Development Engineer</u><br>Designed and coordinated system development and installation of data acquisition systems for use in special testing of the dynamics of railroad cars on revenue freight trains. Had data system responsibility for tests on a loaded boxcar and for a 52 car freight train. Designed and developed a portable automatic cable evaluator to test cables for opens and shorts. |
| 1970-1973 | **COMPUTER SCIENCES CORPORATION, SYSTEMS DIVISION**<br>Falls Church, Virginia<br><u>System Designer</u><br>Designed a process control system to automate an ammunition plant. Responsibilities included hardware configuration design and process control strategy. As technical director of the project, was responsible for the planning and directing of the technical activities in hardware configuration, control design, system software and field installation. |
| 1969-1970 | **FAIRCHILD HILLER CORP., SPACE AND ELECTRONICS SYSTEM DIV.**<br>Germantown, Maryland<br><u>Design Engineer</u><br>Designed the Weapon Delivery Sequencing electronics for the Coded Integrated Armament Control System used on the F-14. Assisted Grumman in refining the specifications for the Coded Integrated Armament Control System and assisted in the system design to ensure that backup power source integration did not adversely effect system operation. |

Resume of: Dale R. Benedick, P.E.                -3-

1965-1969   UNITED AIRCRAFT, PRATT AND WHITNEY AIRCRAFT DIVISION
            East Hartford, Connecticut
            <u>Electrical Engineer</u>
            Designed a low level Analog to Digital Converter and a random access 1000 point crossbar scanner capable of scanning signals as low as 1 mv with less than 1% error. Designed an Automatic Pressure Transducer Calibration System capable of supplying precision pressures under program control to 20 precision pressure transducers simultaneously while collecting and storing precision parameters from each transducer for off-line transducer characterization. Designed and directed the development and installation of an on-line Data Acquisition System that collected up to 200 temperature readings and up to 348 pressure readings transmitted directly to a main frame computer for data processing. Results of the data processing were returned to the on-line system for display on a CRT monitor.

1963-1965   UNITED STATES GOVERNMENT, UNITED STATES NAVAL SUPPLY DEPOT
            Mechanicsburg, Pennsylvania
            <u>Electrical Engineer</u>
            Cataloging and purchasing repair parts for newly designed navigational and interior communication equipment.

<u>EDUCATION</u>

1971-1972   University of Maryland, College Park, Maryland
            Graduate courses in computer system design.

1967-1969   University of Connecticut, Storrs, Connecticut
            Graduate courses in system design and automation theory

1961-1963   Pennsylvania State University, University Park, Pennsylvania
            Bachelor of Science degree in Electrical Engineering

1959-1961   York College of Pennsylvania, York, Pennsylvania
            Associate of Science degree in Engineering

<u>REGISTRATION</u>

Licensed Professional Engineer, Connecticut, 1968.

<u>PROFESSIONAL MEMBERSHIPS</u>

Institute of Electrical and Electronic Engineers
Instrument Society of America
National Society of Professional Engineers



4515 Daly Drive, Suite M
Chantilly, Virginia  20151
Tf:  800.358.9770
Tel: 703.802.9771
Fax:  703.802.9773
www.efiglobal.com

# ENGINEERING INVESTIGATION
## Report One and Preliminary

**INSURED:** Kim's Electric Company
**LOSS LOCATION:** 5247 Wisconsin Avenue, Suite 3A
Washington, DC  20015
**DATE OF LOSS:** 5/22/05
**Claim Number:** 714-251
**EFI File NO:** 9837005116

**Report Date:** June 16, 2008

**Prepared For:** Bacon Thornton & Palmer
6411 Ivy Lane, Suite 706
Greenbelt, Maryland 20770

**Attention:** Pat Thornton

THIS REPORT FURNISHED AS PRIVILEGED AND CONFIDENTIAL TO ADDRESSEE. RELEASE TO ANY OTHER COMPANY, CONCERN, OR INDIVIDUAL IS SOLELY THE RESPONSIBILITY OF ADDRESSEE

Insured: Kim's Electric Company                2                June 16, 2008
EFI # 9837005116

## ASSIGNMENT

On January 24, 2008, the author of this report received an assignment to review information provided on the loss at 5247 Wisconsin Avenue, Suite 3A in Washington, DC. The review was performed between April 22, 2008 and May 7, 2008.

## INTRODUCTION & BACKGROUND

On or about May 25, 2005, a fire occurred at The Friendship Dental Care in Suite 3A at 5247 Wisconsin Avenue in Washington, DC. Dale R. Benedick an EFI Global senior electrical engineer, a licensed professional engineer, reviewed information on the build out of The Friendship Dental Care office and reports on the May 25, 2005 fire in that office. Configuration, installation history and reports on fire scene examination in the provided information indicated the device identified in the scene examination reports was the only electrical device in the area of origin that was deemed a possible ignition source by the investigator.

## OBSERVATIONS & EQUIPMENT INSPECTION

The information review commenced on April 22, 2008. Plaintiff photographs were reviewed to determine condition of the loss site following the loss. There was no visible evidence of heat damage to the electrical distribution panel in the provided photographs. There was an air compressor located approximately beneath the identified point of origin. Debris was deposited on top of the air compressor. Minor heat damage was visible on some components of the compressor. There was only external heat damage to electrical wiring and connections in junction boxes in the room containing the identified location of the fire origin.

There was deep charring at a location identified as the location of an exhaust fan. Reconstruction of the exhaust fan location prior to the fire showed the exhaust fan was mounted vertically on the wall at the location of deepest char. Electrical insulation was completely burned off the wiring routed behind the reported location of the exhaust fan and inside the exhaust fan. Reportedly the motor shaft was seized solid. There was no visible evidence of a vent duct in any of the available identified location of origin photographs. The HVAC contractor, Emcon, reportedly installed the exhaust fan.

The provided YBM Construction, Inc. Construction Contract dated August 22,1998 stated electrical will be completed per plans and electrical codes. Electrical installation specified in the contract was new light fixtures, stereo

Insured: Kim's Electric Company        3                    June 16, 2008
EFI # 9837005116

speakers and rough wiring for dental equipment. The only mention of exhaust fan installation is in the HVAC Options.

There was no visible evidence of electrical failure to the electrical distribution panel or any other electrical apparatus in the electrical room. The available scene photographs showed the heat damage to the air compressor, electrical wiring and connections in junction boxes were a result of exposure to an excessive external heat source.

Char on studs behind the identified location of the exhaust fan, visible heat damage to electrical wiring behind the exhaust fan and to the exhaust fan showed the fire initiated at the exhaust fan. There were no photographs of electrical power supply connections to the exhaust fan available. Reportedly the remains of the electrical power supply connections to the exhaust fan were not found.

**CONCLUSIONS**

The fire initiated in the direct vicinity of the exhaust fan. Reports provided on examination of the fire scene and collected physical evidence indicated there was a failure in the exhaust fan. The exhaust fan in the provided photographs was the type of exhaust fan normally installed horizontally in the ceiling. Reconstruction of the location of the exhaust fan indicated the fan was installed vertically on a wall. The absence of exhaust duct in the provided photographs indicated the heated air was not exhausted from the room as required to remove heated air from the room in which the heat was produced. Available information indicates a failure in the exhaust fan initiated the fire. Examination of the retained evidence is required for a more thorough analysis of the failure.

**PREPARED BY**

*Dale R. Benedick*
Dale R. Benedick, P.E.
Senior Electrical Engineer
(703) 802-9771
(703) 501-2008
Dale__Benedick@efiglobal.com
www.efiglobal.com

**EVIDENCE**

No evidence collected