IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT a/s/o JENIFER PLACE CONDOMINIUM ASSOCIATION and JENIFER PLACE UNIT OWNERS ASSOCIATION <br> and <br> THE TRAVELERS INDEMNITY COMPANY a/s/o JHM, LLC d/b/a CHADWICK'S AT FRIENDSHIP HEIGHTS <br> and <br> ERIE INSURANCE EXCHANGE <br>   Plaintiffs <br> v. <br> YBM CONSTRUCTION, INC., et al. <br>   Defendants | Case No. 1:06-Cv-1749 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO AMEND SCHEDULING ORDER/CONTINUE DISCOVERY

Plaintiffs Travelers Indemnity Company and Travelers Indemnity Company of Connecticut and Erie Insurance Exchange and Defendants YBM Construction, Inc., Kwang Soo Kim d/b/a Kim's Electric and Emcon, LLC, by and through their undersigned counsel, for good cause, move this Court to amend the scheduling order entered on December 20, 2007 for the purposes of allowing the parties to complete discovery and, in support hereof, state as follows:

1. On or about December 20, 2007, this honorable Court entered a scheduling order setting forth certain deadlines in the above-referenced matter.

2. The scheduling order set forth, in part, the following deadlines/dates:

    a. Discovery deadline                               July 31, 2008

    b. Status conference                               August 12, 2008

3. Since the entry of the scheduling order, the parties have engaged in discovery; however, discovery has not yet been completed. The parties desire to take additional depositions in this matter and are in the process of scheduling dates and times on which all attorneys and witnesses are available.

4. Accordingly, in good faith and for good cause, the parties request an extension of the remaining dates set forth in the scheduling order. The dates proposed for the new scheduling order are as follows:

    a. Discovery deadline                               December 15, 2008

    b. Status conference                               to be set by the court

5. No party will be prejudiced by the granting of this Motion and all parties have joined in the motion. Further, no trial date has been set in this matter and therefore, any amendment of the scheduling order should have no disruptive effect on the court's trial docket.

6. Furthermore, the parties are continuing to work toward resolving this matter. It is anticipated that Plaintiffs Travelers Indemnity Company and Travelers Indemnity Company of Connecticut will be dismissing all claims in the near future.

WHEREFORE, Plaintiffs Travelers Indemnity Company and Travelers Indemnity Company of Connecticut and Erie Insurance Exchange and Defendants YBM Construction, Inc., Kwang Soo Kim d/b/a Kim's Electric and Emcon, LLC respectfully request this Court to enter an Order amending the scheduling order to extend the discovery deadline and reschedule the status conference as set forth herein and granting such other and further relief as the Court deems just and proper.

| | |
|---|---|
| /s/ | /s/ |
| Ed Brown | Ron L. Pingatore |
| 3290 N. Ridge Road | White & Williams, LLP |
| Suite 210 | 1800 One Liberty Place |
| Ellicott City, Maryland 21043 | Philadelphia, Pennsylvania 19103 |
| 410-465-5291 | 215-864-6324 |
| brown@budbrownlaw.com | pingatorer@whiteandwilliams.com |
| Attorney for Plaintiff, | Attorney for Plaintiff, |
| Erie Insurance Exchange | Travelers Indemnity Company and |
| (signed with permission) | Travelers Indemnity Company of Connecticut |
| | (signed with permission) |
| /s/ | /s/ |
| Matthew T. Angotti | Patricia M. Thornton |
| Rachel L. Stewart | Bacon, Thornton & Palmer |
| Anderson, Coe & King, LLP | 6411 Ivy Lane |
| 201 N. Charles Street | Suite 706 |
| Suite 2000 | Greenbelt, Maryland 20770 |
| Baltimore, Maryland 21201 | 301-345-7001 |
| 410-752-1630 | pthornton@lawbtp.com |
| angotti@acklaw.com | Attorney for Defendant, |
| stewart@acklaw.com | Kwang Soo Kim |
| Attorneys for Defendant, | (signed with permission) |
| YBM Construction, Inc. | |

           /s/
Allan A. Noble
Budow and Noble, P.C.
7315 Wisconsin Avenue
Suite 500 West
Bethesda, Maryland 20814
301-654-0896
anoble@budownoble.com
Attorneys for Defendant,
Emcon, LLC
(signed with permission)